**From:** Greg Soufleris <gsoufleris@absolute-med.com>
**Date:** November 27, 2017 at 7:52:59 PM EST
**To:** Paul McClintock <PMcClintock@nuvasive.com>, Mark Singer <msinger@nuvasive.com>
**Subject: Thank You**

Sales Leadership,

I'd like to officially inform you of my resignation with our partnership. It's been a wonderful ~12 years and I couldn't be more proud of what we've built, however, my time has come to move on. I'd like to personally thank each of you for the time spent with me and wish you the best in future endeavors. I'll ensure there will be a smooth transition and will be available for anything as we close this out professionally.

I will also have my attorney Chris Mills (561) 701-3523 Christopher.Mills@arlaw.com) contact Kirk Tyree to ensure we're all on the same page as we move forward.

Sincerely,


Greg Soufleris
Principal | Absolute Medical
C: (954)868-4492


Sent from my iPhone

1


EXHIBIT

A