**From:** Bryan Busch [mailto:Bryan.Busch@arlaw.com]
**Sent:** Tuesday, December 5, 2017 11:29 AM
**To:** Chris Cardwell
**Subject:** Re: NuVasive/Absolute

Chris, thx for the response. The 2 reps that have not resigned are Thad Bragulla and Brennan Burkhart. The 3 reps that have resigned are Dave Hawley, Ryan Miller and Brandon Gottstein.

Bryan E. Busch
Adams and Reese, LLP

1


EXHIBIT B