-----Original Message-----
From: Dave Hawley [mailto:dhawley@absolute-med.com]
Sent: Tuesday, December 12, 2017 6:08 AM
To: Elizabeth Lukianov
Subject: Instruments

Liz,

Need to get started on a few instruments to be made for Sawin.

Arsenal:
-Need a multidirectional counter-torque - or just the opposite direction it is currently. x2 -Longer Straight thoracic gearshift probe x3 -Navigation instruments —Drill guide/Drill for thoracolumbar cases. Depth guide from 30-60mm. Drill bit diameter 3.5.

Solanas
-Navigation instruments:
Made similar to the Arsenal NI instruments.
—Drill guide/Drill. Depth guide from 10-40mm Drill diameter 2.5mm —Threaded screw driver

I'm going to send you a couple things today. What address would you like them shipped to?

Sent from my iPhone

1


EXHIBIT C