UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ABSOLUTE MEDICAL, LLC, GREG SOUFLERIS, and DAVE HAWLEY,<br><br>    Defendants, | Civil Case No. 6:17-cv-2206-orl-18-GJK<br><br>INJUNCTIVE RELIEF SOUGHT |

**DECLARATION OF THAD BRAGULLA**

Under penalty of perjury and pursuant to 28 U.S.C. Section 1746, Declarant, Thad Bragulla, states that:

1. My name is Thad Bragulla. I am above the age of 18 and am fully competent to give the testimony contained in this Declaration, all of which comes from my personal knowledge.

2. Until recently, I was a sales representative for Absolute Medical, LLC ("Absolute Medical"), which is contractually obligated to be an exclusive distributor of NuVasive, Inc. ("NuVasive"). I became a NuVasive employee shortly after Absolute Medical suddenly and without notice to me stopped selling NuVasive's products.

3. Pursuant to industry custom and practice, and as required by Absolute Medical's distributorship agreement with NuVasive, Absolute Medical required me to sign a non-compete agreement as a condition of my employment.

4. Dave Hawley is a sales representative for Absolute Medical. Mr. Hawley is currently soliciting business from and supporting surgeries performed by Dr. Paul D. Sawin, who

was one of Absolute Medical's surgeon customers within Hawley's assigned sales territory on behalf of Alphatec Spine, Inc. ("Alphatec").

5. Alphatec is a direct competitor of NuVasive.

6. Ryan Miller is also an Absolute Medical sales representative. One of Absolute Medical's surgeon-customers within Mr. Miller's assigned territory recently told me that Mr. Miller approached him in late November or early December about going to dinner and discussing Alphatec's products.

7. In a December 5, 2017, telephone call, Mr. Miller told me that: (a) he converted all of the business of Dr. Paul A. Rodas from NuVasive to Alphatec; and (b) he was meeting with Dr. Matthew V. Burry to discuss Alphatec's products the next evening. Both Dr. Rodas and Dr. Burry are within Mr. Miller's assigned Absolute Medical sales territory.

8. On December 13, 2017, Dr. Burry told me that he dined with Mr. Miller and Mr. Soufleris on December 6, 2017, and that they specifically asked him to try Alphatec's products, but he indicated he was not interested in doing so.

9. I did not believe Mr. Miller's claim about converting Dr. Rodas' business as he continued to utilize NuVasive's products in surgeries that I supported.

10. On January 26, 2018, I received a call from Central Florida Regional Hospital and learned that Dr. Rodas would not be utilizing NuVasive's products as previously planned in a January 29, 2018, surgery. After arriving at the hospital to prepare for a different surgery, I learned that Dr. Rodas chose to utilize Alphatec's products rather than NuVasive's and that Mr. Miller and Brandon Gottstein (another Absolute Medical representative) was supporting the surgery.

11.  On January 29, 2018, I learned that Dr. Burry planned to utilize Alphatec's products in a February 2, 2018, surgery and that Mr. Miller will support the surgery. In fact, this surgery took place on February 1, 2018.

12.  Dr. Rodas again utilized Alphatech's products in a surgery supported by Mr. Miller on February 5, 2018.

13.  I fear that, if not restrained, Absolute Medical will continue to convert NuVasive's business to Alphatec.

Further, this Declarant sayeth not.

I declare under penalty of perjury the foregoing is true and correct.

Date: 2/5/18

Thad Bragulla