| | |
|---|---|
| **From:** | Bryan Busch <Bryan.Busch@arlaw.com> |
| **Sent:** | Thursday, April 12, 2018 9:54 AM |
| **To:** | Chris Cardwell |
| **Cc:** | Hilary Dennen; Evans, Diana; Tillie Noble |
| **Subject:** | RE: NuVasive v. Absolute Medical, LLC |

We can accept service for Absolute Medical Systems, LLL but Absolute Medical, Inc. is not affiliated with Soufleris to my knowledge

*Please note that our Suite Number has changed to Suite 1600.*



**Bryan Busch**
Partner

3424 Peachtree Road NE, Suite 1600 | Atlanta, GA 30326
**main** 470.427.3700 | **direct** 470.427.3702 |
**efax** 470.427.3676 | **fax** 404.500.5975

bryan.busch@arlaw.com

website bio vCard map

---

**From:** Chris Cardwell [mailto:ccardwell@gsrm.com]
**Sent:** Wednesday, April 11, 2018 4:40 PM
**To:** Bryan Busch
**Cc:** Hilary Dennen; Evans, Diana; Tillie Noble
**Subject:** NuVasive v. Absolute Medical, LLC

Bryan – we've prepared subpoenas for two entities owned by Mr. Soufleris – Absolute Medical, Inc. and Absolute Medical Systems, LLC. Will you accept service of them?

Thanks,

Chris


**Christopher W. Cardwell**
Gullett Sanford Robinson & Martin PLLC
150 Third Avenue South | Suite 1700 | Nashville, TN 37201
Main | 615.244.4994    Direct | 615.921.4240    Fax | 615.921.4340
ccardwell@gsrm.com | gsrm.com

CONFIDENTIALITY NOTICE: This email may contain privileged, confidential and/or other legally-protected information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, you may not use, copy or retransmit it. Please delete it and all attachments immediately and notify the sender via separate email or by calling our offices at 615-244-4994.

1



EXHIBIT
B