# Electronic Articles of Organization For Florida Limited Liability Company

L13000022844
FILED 8:00 AM
February 13, 2013
Sec. Of State
tcline

## Article I
The name of the Limited Liability Company is:
   ABSOLUTE MEDICAL LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
   382 DEVON PLACE
   HEATHROW, FL. UN  32746

The mailing address of the Limited Liability Company is:
   382 DEVON PLACE
   HEATHROW, FL. UN  32746

## Article III
The purpose for which this Limited Liability Company is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
   GREG  SOUFLERIS
   382 DEVON PLACE
   HEATHROW, FL.   32746

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   GREG SOUFLERIS

EXHIBIT
2

## Article V

The name and address of managing members/managers are:

    Title:  PRS
    GREG  SOUFLERIS
    382 DEVON PLACE
    HEATHROW, FL.  32746  UN

L13000022844
FILED 8:00 AM
February 13, 2013
Sec. Of State
tcline

## Article VI

The effective date for this Limited Liability Company shall be:

    02/12/2013

Signature of member or an authorized representative of a member

Electronic Signature: GREG SOUFLERIS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.