UNITED STATES DISTRICT COURT
for the
Middle District of Florida

NuVasive, Inc. vs. Absolute Medical, LLC, Greg Soufleris & Dave Hawley

6:17-2206-ORL-41GJK

Affidavit of Service

Received by Orange Legal on the __13TH__ day of __APRIL__ at __7__ : __55__ PM/~~AM~~ to be served upon **Absolute Medical, LLC at 10525 Cromwell Grove Terrace Orlando FL 32827**

On the __13TH__ day of __APRIL__ at __7:50__ PM/~~AM~~ I, __TOM HOGAN__,

SERVED the within named defendant at __10525 CROMWELL GROVE TERRACE ORLANDO, FL 32827__ in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Defendant.

(✓) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with

__LINDSEY SOUFLERIS__ (NAME), as __CO RESIDENT__ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

( ) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with

_____(NAME) _____(TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be served: __SUBPOENA__

**EXHIBIT 9**

472207

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race WHITE Age _____ Sex FEMALE Height 5'4-5'5 Weight 110-125 Hair BROWN BLACK Glasses Y or N

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: TOM HOGAN    Signature    Server ID # 286/18-0006    Date 4/16/18
Print

State of FLORIDA   County of SEMINOLE

Sworn and subscribed before me on this 16TH day of APRIL, 20 18 by the Affiant who is personally known to me.

_____
Notary Public

MATTHEW R MORGIONI
MY COMMISSION # FF897624
EXPIRES July 09, 2019
(407) 398-0153   FloridaNotaryService.com