**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| NUVASIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:17-cv-2206-Orl-41GJK |
| | ) |
| ABSOLUTE MEDICAL, LLC, GREG SOUFLERIS, and DAVE HAWLEY, | ) |
| | ) |
| Defendants, | ) |

**NUVASIVE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO NONPARTY ABSOLUTE MEDICAL SYSTEMS, LLC'S RESPONSE IN OPPOSITION TO NUVASIVE'S MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM**

Plaintiff NuVasive, Inc. ("NuVasive"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(c) and (d), files this Unopposed Motion for Leave to File a Reply to Nonparty Absolute Medical Systems, LLC's ("AMS") Response in Opposition to NuVasive's Motion to Compel Response to Subpoena Duces Tecum.

On May 10, 2018, NuVasive filed a motion to compel responses to a subpoena duces tecum served on AMS. (Doc. 57). On May 25, 2018, AMS filed its response in opposition. (Doc. 62). NuVasive now seeks leave to file a brief reply, not to exceed five (5) pages, to rebut the new legal and factual arguments raised in AMS's response. Specifically, NuVasive desires an opportunity to rebut AMS's contention that it is a separate and distinct entity from Absolute Medical, LLC and that it is not affiliated with Greg Soufleris. NuVasive would also like to address the arguments advanced by AMS that the documents sought from AMS by NuVasive are not relevant to this action.

WHEREFORE, NuVasive respectfully requests this Court grant its Unopposed Motion for Leave to File a Reply to Nonparty Absolute Medical Systems, LLC's Response in Opposition to NuVasive's Motion to Compel Response to Subpoena Duces Tecum and permit NuVasive to file its reply within five (5) days of the granting of this motion.

## Local Rule 3.01(g) Certification

Counsel for NuVasive has conferred with counsel for Absolute Medical Systems, LLC in good faith and is authorized to represent that Absolute Medical Systems, LLC is **unopposed** to the relief requested in this motion.

Dated: June 1, 2018

>Respectfully submitted,
>
>/s/Diana N. Evans
>Diana N. Evans (Fla Bar No. 98945)
>Dnevans@bradley.com
>R. Craig Mayfield (Fla Bar No. 0429643)
>CMayfield@bradley.com
>**BRADLEY ARANT BOULT CUMMINGS LLP**
>2200 North Tampa Street, Suite 2200
>Tampa, FL 33602
>Phone:  (813) 559-5500
>Fax:  (813) 229-5946
>
>
>Christopher W. Cardwell, Esq. (Pro Hac Vice)
>M. Thomas McFarland, Esq. (Pro Hac Vice)
>**GULLETT, SANFORD, ROBINSON & MARTIN, PLLC**
>150 Third Avenue South, Suite 1700
>Nashville, TN 37201
>(615) 244-4994 (Telephone)
>(615) 256-6339 (Facsimile)
>ccardwell@gsrm.com
>tmcfarland@gsrm.com
>
>**Attorneys for NuVasive, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Bryan Busch
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Phone: (470) 427-3702
Fax: (470) 427-3676
Bryan.busch@arlaw.com

Laura H. Mirmelli
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Phone: (470) 427-3716
Fax: (404) 500-5975
Laura.mirmelli@arlaw.com

Chantal M. Pillay
Adams and Reese LLP
350 E. Las Olas Boulevard, Suite 1110
Ft. Lauderdale, FL  33301
Phone: (954) 541-5390
Chantal.pillay@arlaw.com

Louis M. Ursini
Adams and Reese LLP
101 E. Kennedy Boulevard, Suite 4000
Tampa, FL  33602
Phone:  (813) 227-5536
Fax:  (813) 227-56-36
Louis.ursini@arlaw.com

*Attorneys for Defendants*

                                                  s/*Diana Evans*
                                                  Diana Evans
                                                  Attorney for NuVasive, Inc.