


FILED IN OPEN COURT
JUN 28 2018
CLERK
U.S. DISTRICT COURT

# EXHIBIT LIST

___ Government   _X_ Plaintiff   ___ Defendant   ___ Court

Case No.: 6-17-cv-2206-orl-18-GJK
Style: NuVasive, Inc. v. Absolute Medical, LLC, et al.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | JUN 28 2018 | JUN 28 2018 | Christopher Cardwell (Doc. 19-2) | | December 13, 2017, correspondence from Cardwell to Absolute Medical, LLC's counsel |
| 2 | JUN 28 2018 | JUN 28 2018 | Kirk Tyree (Doc. 60-7) | | February 14, 2013, Exclusive Sales Representative Agreement Between NuVasive and Absolute Medical, LLC |
| 3 | JUN 28 2018 | JUN 28 2018 | Kirk Tyree (Doc. 60-7) | | Exemplar Copy of 2013 Independent Contractor Agreement Between Absolute Medical, LLC and its sales representatives |
| 4 | JUN 28 2018 | JUN 28 2018 | Kirk Tyree (Doc. 60-7) | | Dave Hawley's and Ryan Miller's executed signature pages to 2013 Independent Contractor Agreements with Absolute Medical, LLC |
| 5 | JUN 28 2018 | JUN 28 2018 | Absolute Medical, LLC (Doc. 60-1) | | Absolute Medical, LLC's Responses to Plaintiff's First Set of Interrogatories |
| 6 | JUN 28 2018 | JUN 28 2018 | Dave Hawley (Doc. 60-6) | | Dave Hawley's Responses to Plaintiff's First Set of Interrogatories |
| 7 | JUN 28 2018 | JUN 28 2018 | Mark Singer (Doc. 19-1) | | January 1, 2017, Exclusive Sales Representative Agreement between Plaintiff and Absolute Medical, LLC |
| 8 | JUN 28 2018 | JUN 28 2018 | Mark Singer (Doc. 19-1) | | November 27, 2017, email from Greg Soufleris to Plaintiff |
| 9 | JUN 28 2018 | JUN 28 2018 | Mark Singer (Doc. 19-1) | | December 12, 2017, email correspondence from Dave Hawley to Elizabeth Lukianov |
| 10 | JUN 28 2018 | JUN 28 2018 | Thad Bragulla (Doc. 60-10) | | January 1, 2017, Independent Contractor Agreement between Bragulla and Absolute Medical, Inc. |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ Government    _X_ Plaintiff    ___ Defendant    ___ Court

Case No.: 6-17-cv-2206-orl-18-GJK

Style: NuVasive, Inc. v. Absolute Medical, LLC, et al.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 11 | JUN 2 8 2018 | JUN 2 8 2018 | Brennan Burkhart (Doc. 60-11) | | May 13, 2016, Independent Contractor Agreement between Burkhart and Absolute Medical, Inc. |
| 12 | JUN 2 8 2018 | JUN 2 8 2018 | Brennan Burkhart (Doc. 60-11) | | Proposed Termination of Contract and General Release Agreement between Burkhart and Absolute Medical, Inc. |
| 13 | JUN 2 8 2018 | JUN 2 8 2018 | Absolute Medical, LLC (Doc. 60-2) | | Articles of Organization for Absolute Medical, LLC on file with Florida Secretary of State |
| 14 | JUN 2 8 2018 | JUN 2 8 2018 | Absolute Medical Systems, LLC (Doc. 60-3) | | Articles of Organization and Annual Report for Absolute Medical Systems, LLC on file with Florida Secretary of State |
| 15 | JUN 2 8 2018 | JUN 2 8 2018 | Brandon Gottstein | | Brandon Gottstein's linkedin profile identifying he is a sales representative for Alphatec Spine |
| 16 | JUN 2 8 2018 | JUN 2 8 2018 | Absolute Medical, LLC (Doc. 60-5) | | Absolute Medical, LLC's Responses to Plaintiff's First Set of Requests for Production of Documents |
| 17 | JUN 2 8 2018 | JUN 2 8 2018 | Absolute Medical Systems, LLC (Doc. 60-4) | | Absolute Medical Systems, LLC Responses and Objections to Plaintiff's Subpoena |
| 18 | JUN 2 8 2018 | JUN 2 8 2018 | Mark Singer (Doc. 48-1) | | August 17, 2017, Territory Transition Agreement between Plaintiff and Absolute Medical, LLC |
| 19 | JUN 2 8 2018 | JUN 2 8 2018 | Absolute Medical, LLC (Doc. 60-1) | | Commissions Chart – Exhibit A to Absolute Medical, LLC's Responses to Plaintiff's First Set of Interrogatories |
| 20 | JUN 2 8 2018 | JUN 2 8 2018 | Thad Bragulla | | Declaration and photographs of custom instruments created by NuVasive for Dr. Sawin |

No Exhibit 21

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

__X__ PLAINTIFF     ___ DEFENDANT     ___ JOINT

___ GOVERNMENT ___ COURT

CASE NO. _____

STYLE: _____

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 22 | 6/28/18 | 6/28/18 | | SEALED | SURGERY REQUISITION FORM |
| 23 | 6/28/18 | 6/28/18 | | | INDEPENDENT CONTRACTOR AGREEMENT -BETWEEN ABSOLUTE MEDICAL AND MILLER TIME MEDICAL |
| 24 | 6/28/18 | 6/28/18 | | | INDEPENDENT CONTRACTOR AGREEMENT - BETWEEN ABSOLUTE MEDICAL AND HAWLEY MED, LLC. |
| 25 | 6/28/18 | 6/28/18 | | | INDEPENDENT CONTRACTOR AGREEMENT - BETWEEN ABSOLUTE MEDICAL AND MILLER TIME MEDICAL, INC. |
| 26 | 6/28/18 | 6/28/18 | | | INDEPENDENT CONTRACTOR AGREEMENT - BETWEEN ABSOLUTE MEDICAL AND HAWLEY MED, LLC. |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.