U.S. District Court
Middle District of Florida

PLAINTIFF'S EXHIBIT

Exhibit Number: 3

Case Number: 6:17-cv-2206-orl-18-GJK

NuVasive, Inc.
v.
Absolute Medical, LLC, et al.

Date Identified: JUN 2 8 2018

Date Admitted: JUN 2 8 2018

## 2013 INDEPENDENT CONTRACTOR AGREEMENT

THIS AGREEMENT, made this 13th day of February, 2013 ABSOLUTE MEDICAL LLC, a Florida corporation (hereinafter referred whose address is 213 Villa Di Este Terrace #105, Lake Mary, FL **Madsen Pro.** (hereinafter referred to as "Independent Contractor") 112 S Hampton Dr., Jupiter, FL 33458.

### WITNESSETH:

WHEREAS, Agent is in the business of selling surgical and non-surgical spinal products and implants related to spinal surgery, including, but not limited to spinal implants, access instruments, such as retractors, graphing material, biological products, and other products, which are more fully described on Schedule B (the "Products") in the territory set forth in Schedule A attached hereto, hereinafter referred to as "Agent's Territory" by one or more manufacturers who supply the Products to Agent ("Manufacturer");

WHEREAS, Agent desires to engage Independent Contractor to provide the services described in Schedule B (the "Services") and Independent Contractor desires to accept such engagement, all on the terms and conditions set forth herein;

WHEREAS, Independent Contractor seeks to be engaged by Agent as an independent contractor to provide the Services described in Schedule B in the designated territory (set forth in Schedule C)(the "Territory") and earn a commission as set forth in Schedule D for such services; and

WHEREAS, as a material inducement for Agent to enter into this Agreement is Independent Contractor's agreement to be bound by all of the terms and conditions contained herein in particular the provisions of Section 12 below.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, the parties hereto agree as follows:

1. Relationship of Parties.

   (a) The parties to this Agreement intend that the relationship between them be that of corporation and independent contractor. Independent Contractor is an independent contractor of the Agent. The parties do not intend to create a partnership, joint venture or employer/employee relationship.

   (b) Agent shall not have the right to require Independent Contractor to do anything that would jeopardize the relationship of independent contractor between

1


Initial ___
EXHIBIT B

Agent and Independent Contractor. Likewise, Independent Contractor shall not conduct his/her business in any way which will give rise to an employer/employee relationship between the parties.

(c) Independent Contractor shall perform the duties described in Schedule B at a location of the Independent Contractor's choosing. Independent Contractor shall be responsible for all costs associated with maintaining that location.

(d) The Agent shall not require that Independent Contractor work specified hours or days and the Independent Contractor shall set his own schedule. Independent Contractor shall have no fixed hours, no established routines or routes, nor be required to cover the Territory within a specified time frame. Independent Contractor has discretion regarding when and how to perform his or her duties and responsibilities described in Schedule B.

(e) None of the benefits provided by the Agent to its employees are available to the Independent Contractor, including vacation pay, sick pay, insurance, or retirement benefits.

(f) Agent shall not withhold any local, state, or federal income tax, social security, or other withholdings required of employees from commissions paid to Independent Contractor. Independent Contractor shall indemnify and hold Agent harmless against any of the costs specified in this paragraph.

(g) Independent Contractor is responsible for hiring, paying, and supervising any staff that he or she may hire. Independent Contractor shall ensure that all of his/her employees, agents and independent contractors rendering services hereunder meet the obligations specified herein. The Independent Contractor, his/her employees and agents shall, at all times, exercise complete discretion and independent professional judgment in the performance of the services provided hereunder. Independent Contractor shall indemnify and hold Agent harmless against any costs or expenses that are incurred by Agent as a result of any actions of Independent Contractor's employees, agents and independent contractors.

(h) Independent Contractor agrees to be solely and entirely responsible for his/her acts and for the acts of his/her employees and agents, and for paying any taxes and insurances required by law. Independent Contractor shall indemnify and hold Agent harmless against same.

(i) Independent Contractor may work for other entities while engaged as Agent's independent contractor so long as that work does not interfere with Independent Contractor's performance of the duties described in Schedule B and does not conflict with Section 12 below.

2. <u>Independent Contractor</u>. Agent hereby engages Independent Contractor as an independent contractor to provide the Services in the territory described in Schedule C

Initial_____

attached hereto and made a part hereof (the "Territory"). The products that are included in the product groups sold by the independent contractors employed by Agent are listed on Schedule B and are sold by the independent contractors and field support representatives exclusive of any other products whatsoever. Independent Contractor hereby accepts such engagement, all subject to the conditions, limitations and provisions set forth in this Agreement. Agent reserves the right to review and modify from time to time the Territory and the duties of engagement, and limit, expand or otherwise change the Territory and the duties of engagement.

3.   Term of Agreement. This Agreement shall commence on the Effective Date and shall continue for one (1) year from the Effective Date. Unless either party provides written notice of not less than thirty (30) days from expiration of the Term that it wishes to terminate this Agreement, then this Agreement shall automatically renew for a period of one (1) year. The term shall thereafter automatically renew for successive one (1) year periods unless thirty (30) days notice is provided. This Agreement may also be earlier terminated by either party in accordance with Section 9 hereof.

4.   Covenants of Independent Contractor. Independent Contractor covenants to Agent that at all times during the term of this Agreement:

   (a)   Independent Contractor shall use his/her best efforts to work with the Independent Contractor's and field support representatives to advertise, promote and sell the Products and to develop, maintain and regularly increase a substantial volume of sales within the Territory to existing and new customers in order to achieve maximum market penetration.

   (b)   Independent Contractor shall distribute only literature, brochures and other promotional materials (collectively, the "Promotional Materials") which have been provided to Independent Contractor by Agent or by Manufacturer and shall distribute Promotional Materials only to Independent Contractors of the Agent, field support representatives, existing customers and potential customers of the Products.

   (c)   Except as set forth in Promotional Materials or on Products provided to Independent Contractor, he/she shall not use Manufacturer(s)' name, trademarks, service marks or logos under any circumstances, unless Independent Contractor obtains prior written approval from Agent. Nothing contained in this Agreement is intended to give Independent Contractor any license to use any of the foregoing.

   (d)   Independent Contractor shall store all of the Products delivered to him/her at the location set forth on the first page of this Agreement or at such other locations within Independent Contractor's Territory approved by Agent in writing in advance. Independent Contractor shall use his/her best efforts to safeguard all Products in his/her possession or control and to protect such Products from damage and theft, as well as maintain an inventory of Products in Independent Contractor's possession.

Initial_____

(e) Independent Contractor shall not: (i) knowingly sell or deliver, directly or indirectly, any Products for use or resale outside Independent Contractor's Territory; (ii) solicit orders for Products from customers outside Independent Contractor's Territory through any means; or (iii) establish an office outside Independent Contractor's Territory for sale of the Products.

(f) Independent Contractor shall not make representations to customers or potential customers or third parties that would be detrimental to either Agent or Manufacturer.

(g) Independent Contractor shall not alter, in any way, the original packages of any Products or repackage any Products or ship any Products in damaged packages which could affect the sterility or fitness for use of the Product. Should Independent Contractor come into possession of any Products which need to be repackaged, he/she shall return same to Manufacturer with notice to Agent.

(h) Upon advance notice and during normal business hours Independent Contractor shall permit Agent to visit and inspect Independent Contractor's premises and inspect the Products in his/her possession or control.

(i) Independent Contractor shall participate, assist and cooperate with Agent in the collection of customer accounts receivable as may be requested by Agent from time to time.

(j) Independent Contractor shall not encumber, rent, sell, create a security interest in or otherwise transfer or dispose of any Products in Independent Contractor's possession or control.

(k) Independent Contractor shall execute, alone or with Agent, any UCC financing statement or other documents requested by Agent to protect the ownership interests of Manufacturer in the Products against the interests of third persons.

(l) Independent Contractor shall not make any false or misleading representations or statements to any person with respect to Agent, Manufacturer or the Products. Furthermore, Independent Contractor shall not make any express or implied warranties to any customers or prospective customers with respect to the Products which are in any way inconsistent with the Promotional Materials. Furthermore, Independent Contractor shall not make any express or implied warranties to customers or potential customers or any other party regarding the Products which are not included in Manufacturer's then current printed materials without Agent's prior written consent in each instance.

(m) Independent Contractor shall not enter into any agreement for or on behalf of Agent or Manufacturer, create any obligation on behalf of Agent or Manufacturer, or otherwise attempt to bind or obligate Agent or Manufacturer in any manner.

4

Initial_____

(n)   Independent Contractor shall comply with all of the terms and conditions of engagement, and all of Agent's instructions and requirements which may be stated by Agent, orally or in writing, from time to time.

5.   <u>Covenants of Agent</u>.  Agent covenants to Independent Contractor that at all times during the term of this Agreement:

(a)   In the event of limited product availability, Agent shall distribute Products to Agent's independent contractors according to Agent's sole discretion.

(b)   Agent shall make reasonable efforts to fill each order of Independent Contractor for Products that Agent approves, but shall not be liable in any respect for a failure to ship or for a delay in shipment of Products.

6.   <u>Business Plan</u>.  From time to time while Independent Contractor is serving as an independent contractor for Agent pursuant hereto, Agent may require that Independent Contractor submit to Agent a "Business Plan" covering a period of time between six (6) months to one (1) year.  The Business Plan shall include a sales forecast by product groups, a list of target accounts, a description of Independent Contractor's proposed marketing and sales strategy and other relevant data as may be requested by Agent.  Based on such Business Plan and Independent Contractor's prior performance, Independent Contractor and Agent shall establish a sales goal for Independent Contractor for the period covered by the Business Plan.  It is entirely within Independent Contractor's discretion how to reach his or her sales goal.

7.   <u>Orders, Commissions, Benefits, Delivery and Expenses</u>.

(a)   Independent Contractor hereby acknowledges that title to any Products delivered to Independent Contractor pursuant to this Agreement shall remain in Manufacturer until sold to a customer in the ordinary course of business.  Notwithstanding the foregoing, Independent Contractor shall be liable for all lost or damaged inventory.

(b)   Provided Independent Contractor is not in breach of any obligations under this Agreement, Agent shall pay to Independent Contractor the commissions described in Schedule D attached hereto which are subject to modification upon thirty days notice to Independent Contractor.

(c)   Independent Contractor shall not be entitled to receive any other compensation or consideration from Agent for the performance of its duties hereunder.

(d)   Agent, upon approval from Manufacturer, shall establish prices for Products to be sold in Agent's Territory.

(e)   Independent Contractor shall obtain the prior written approval of Agent with respect to the credit rating of a new customer prior to the shipment of any Products

5

Initial_____

to such customer. Upon receipt of verbal instructions from Agent, which shall be confirmed in writing, Independent Contractor shall cease delivery of any Products to a customer which has failed to make payments to Manufacturer in accordance with Manufacturer's billing requirements at such time.

(f) Independent Contractor shall bear all costs and expenses of conducting his/her business relating to the sale of the Products in Independent Contractor's Territory, including but not limited to, travel, sales expenses and entertainment.

8. Changes to Products, Parts and Policies. Unless otherwise provided by applicable law:

(a) Manufacturer may at any time modify or discontinue selling any Product and Independent Contractor shall have no claim against Agent or Manufacturer for failure to furnish Products of the type previously sold.

(b) Manufacturer may at any time change warranty or service policies without incurring any liability to Independent Contractor.

9. Termination of Agreement.

(a) This Agreement may be terminated by either party at any time, with or without cause, by providing not less than fifteen (15) days written notice to the other party. This Agreement may otherwise be terminated by either party if the other party:

(i) commits a breach of any provision of this Agreement, or a breach of any provision of any other agreement or written obligation heretofore or hereafter in effect between Agent and Independent Contractor (collectively, the "Other Agreements"), which is not cured within five (5) days after receipt of written notice thereof by the other party;

(ii) makes a material false representation, report or claim in connection with the performance of their obligations under this Agreement or any Other Agreement;

(iii) ceases to carry on business in the ordinary course;

(iv) violates any provision of Section 12 of this Agreement;

(v) becomes insolvent, liquidates, is adjudicated a bankrupt, files a bankruptcy petition, makes an assignment for the benefit of creditors, invokes the provisions of any law for the relief of debtors, or files or has filed against them any similar proceeding; or

(vi) commits any act or omission by Independent Contractor or any employee, independent contractor or other agent of Independent Contractor that might be construed as a violation of the federal Stark law, federal false claims act, federal anti-kickback statute, federal Health

6

Initial_____

Insurance and Portability Act provisions, federal civil money penalties statute, laws, rules and regulations pertaining to Medicare or Medicaid, similar state laws or of criminal acts of a violent nature or relating to the practice of medicine.

A termination based upon subsections (ii)-(vi) above shall be effective immediately.

(b)     Upon termination of this Agreement for any reason, with or without cause, Independent Contractor shall immediately deliver to Agent all price lists, customer lists, catalogues, literature and any other dated and printed materials relating to the sale of the Products in Independent Contractor's possession, custody or control, on the effective date of the termination, including but not limited to, Promotional Materials.

(c)     Upon termination of this Agreement for any reason, with or without cause, Independent Contractor shall, within ten (10) days after the Termination Date, deliver as directed by Agent all Products then in his/her possession or control and a list of all then currently scheduled surgeries.  In addition, Independent Contractor shall promptly supply Agent with a current list of the locations of any Products not in Independent Contractor's possession or control.  Agent shall have the right to deduct from any compensation due to Independent Contractor: (i) the replacement cost of any Products previously delivered to Independent Contractor which have not been either sold to a customer or delivered to Agent in accordance herewith; (ii) the replacement cost of any Products returned to Agent which are deemed unacceptable by reason of their damaged condition; and (iii) the amount of any repackaging and refinishing charges. If the amount owed by Independent Contractor to Agent exceeds the commissions owed by Agent to Independent Contractor, then Independent Contractor shall be liable for the deficiency. Such amount shall be due to Agent within ten (10) days after the termination of this Agreement. Failure to remit said amount shall entitle Agent to default interest on the outstanding amounts at the maximum allowable rate.

(d)     The termination of this Agreement shall not relieve a party from any obligations or liability to the other party incurred prior to termination nor shall a termination of this Agreement by a party be in lieu of any other remedies which may be available to such party under this Agreement, at law or in equity.

(e)     For calculation of compensation due as of the date of termination, Independent Contractor shall be entitled to compensation only for any Products surgically implanted prior to the effective date of termination. Independent Contractor shall not receive any compensation for Products surgically implanted after termination. Any draws payable to Independent Contractor shall cease upon termination, if applicable.

10.    Returns.  Product returns during the term of this Agreement, other than in accordance with Section 8 hereof, must be approved by Manufacturer in advance in accordance with Manufacturer's then current "Return Goods Policy".

7

Initial_____

11.  **Force Majeure**. Agent shall not be liable to Independent Contractor on account of any failure or delay in performing its obligations under this Agreement, including without limitation, any failure or delay in delivering the Products to Independent Contractor or his/her customers, where such failure or delay results, directly or indirectly, wholly or partially, from any cause beyond its control, including by way of illustration but not by way of limitation, any acts of God, acts of governments, curtailment of utility services, floods, fires, shortages of material, war, insurrection, strikes or other labor difficulties, production difficulties in Manufacturer's factories or those of its suppliers, or delays or failure of transportation facilities.

12.  **Confidentiality, Noncompetition; Competitive Products**.

    (a)  (i)  During the term of this Agreement, Independent Contractor shall not manufacture, sell, market, attend surgeries using, or deliver any product, or participate in any manner in such activities, whether personally or through a fictitious name, corporation, partnership or other legal entity if such product is in competition with any product manufactured, sold, marketed or distributed for sale by Manufacturer; nor shall Independent Contractor manufacture, sell, market, or deliver any non-competitive products that are used in spinal surgery. For purposes of this Section 12, a product is "competitive" if it is technologically feasible to use in place of or as a substitute for another, irrespective of the nature or extent of activity of such products in the existing market.

    (ii)  During the term of this Agreement and for a period of one (1) year following the effective date of termination under Section 9 or Section 3 of this Agreement for any reason whatsoever (the "Termination Date"), Independent Contractor shall not directly or indirectly, as an individual, proprietor, partner, venturer, stockholder, director, officer, consultant, employee, independent contractor, agent or in any other capacity:

    (1) Engage or participate, directly or indirectly, in the sale, manufacture, or marketing of any spinal surgical devices offered by Agent or any of Agent's Manufacturer(s) (except for sales made on behalf of Agent pursuant to this Agreement during its term;

    (2) (a) work for, provide services to, engage in or assist others to engage in or have interest in any business which competes with the Agent and/or Manufacturer(s); (b) otherwise engage in any activities of the type in which he/she is engaged on behalf of Agent including, without limitation, the representation of any manufacturer, seller, or marketer of medical device products that are the same as or that are competitive with any Manufacturers' products or; (c) enter into any compensation arrangement, sale of his/her business, distribution of assets, or any other transaction relating to the manufacture, distribution, promotion or sale of products which directly or indirectly compete with any Manufacturers' product. The territorial scope of this restriction shall be limited to the geographical county(ies) covered by Independent Contractor and in which Independent Contractor solicited customers, covered cases, or

8

Initial_____

sold any product on behalf of Agent at any time during the twelve (12) month period preceding the end of his/her engagement with Agent.

(3) solicit, serve, divert, sell to, or accept business from or attend surgeries of or assist any person in so soliciting, serving, selling to, diverting or accepting business from or attending surgeries of any "Protected Customer" of the Ageny or in any way attempt to influence or persuade such customers to alter or terminate their business relationship with Agent or to refrain from purchasing any products offered by Agent. The term "Protected Customer" refers to any physician, hospital or medical facility that purchased or utilized in surgery any Product or any other product sold or distributed by Agent and/or a Manufacturer and/or their employees, representatives and independent contractors during the twelve month period preceding termination of his/her engagement with Agent. ; or

(1) Solicit the employment of, hire, retain or engage, or cause any person or entity with which Independent Contractor is affiliated to solicit the employment of, hire, retain or engage, any employee, independent contractor or other agent of Agent or Manufacturer who had a relationship with Agent or Manufacturer at any time during the term of this Agreement. This restriction shall also apply to employees, independent contractors and other agents of Independent Contractor who have or had a relationship with Independent Contractor any time during the term of this Agreement which Agent or Manufacturer employs or retains during the term of this Agreement and within one month of its termination.

(b) (i) During the term hereof and after the termination of this Agreement for any reason whatsoever, Independent Contractor shall not at any time directly or indirectly disclose to any individual, corporation, partnership or other entity any "confidential information" (as hereinafter defined) or trade secrets of or relating to Agent or Manufacturer.

(ii) For purposes of this Agreement, "confidential information" means information disclosed or known to Independent Contractor or as a consequence of or through the performance of his/her obligations under this Agreement (including information conceived, originated, discovered or developed by Independent Contractor), not generally known in the industry, about Agent's or Manufacturer's business, processes, apparatus, products, research, research programs, customers, pricing, financial data and business plans, and shall include the list of Agent's customers and their contact information (address and telephone numbers).

(c) During the term of Independent Contractor's service to the Agent, Independent Contractor shall not, directly or indirectly on such person's own behalf or as an employee, independent contractor, agent, partner, owner, officer, director of any person or entity or any other capacity, employ, retain or contract with any person or entity who directly or indirectly: (i) sells, offers for sale, promotes, distributes, represents, receives or solicits orders for or attends surgeries utilizing any Competitive Products; or (ii) accepts compensation of any kind from any person or entity providing or

9

Initial_____

engaging in the sale, promotion, distribution or representation of any Competitive Products. Furthermore, Independent Contractor shall not directly or indirectly represent any Competitive Products without the Agent's written consent.

(d)   Independent Contractor recognizes and acknowledges that the limitations set forth in this Section 12 are properly required for the adequate protection and benefit of the business of Agent, and that Agent will be irreparably harmed by the breach of this Section 12. In addition to any other available remedies, Agent shall have the right to have the provisions of this Section 12 enforced by temporary or permanent injunction in a court of competent jurisdiction.

(e)   Independent Contractor agrees that in the event that any of the provisions of this Section 12 are found by a court of competent jurisdiction to exceed the time and geographic limitations enforceable under applicable law, such provisions shall be automatically reformed to establish the maximum time or geographic limitations permitted by law, or, if not capable of such reformation deemed null and void. Moreover, the parties agree that the durational restrictions contained in these covenants shall be tolled during any period of violation.

(f)   In the event that Independent Contractor desires to be released from the restrictions contained in Sections A(ii) (1) – (3), he/she may pay Agent the sum of three times the sum Agent has received as a result of Independent Contractor's sale of Products during the twelve month period immediately preceding termination of the Agreement.

The terms and conditions of this Section 12 shall survive the expiration or termination of this Agreement.

13.   **Indemnification.**   Each of Agent and Independent Contractor (the "indemnitor") shall indemnify, defend and hold the other harmless from and against any liability, loss, costs, expenses (including without limitation attorney's fees and costs) or damages howsoever caused by reason of any injury (whether to body, property, or personal or business character or reputation) sustained by any person or to property, by reason of any breach of this Agreement, neglect, default, or omission by the indemnitor or its agents, employees or other representatives.

14.   **Damages.**   Agent shall not be liable for any incidental, consequential, special or punitive damages for a failure to fill an order, delay in shipment or delivery, or any other act or omission.

15.   **Entire Agreement.**   This Agreement constitutes the entire Agreement between the parties relating to the matters covered by this Agreement and supersedes all prior agreements, whether written or oral. No modifications or waiver of any part of this Agreement shall be binding upon either party unless in writing executed by both parties.

10

Initial_____

16. **Severability**. If any term or provision of this Agreement shall be determined invalid or unenforceable to any extent or in any application, then the remainder of this Agreement and of such term or provision except to such extent or in such application, shall not be affected thereby, and each and every term and provision of this Agreement shall be enforced to the fullest extent and in the broadest application permitted by law. Further pertaining to the restrictions contained in Section 12 hereof, while said restrictions are considered by the parties hereto to be reasonable in all circumstances, it is recognized that restrictions of the nature set forth herein may fail for reasons unforeseen and accordingly it is hereby agreed and declared that if any of such restrictions shall be deemed or adjudged to be void or voidable as going beyond what is reasonable in all the circumstances, for the protection of the Agent's business, then such restrictions shall not thereby be terminated, but shall be deemed amended to the extent required to render such restrictions valid and enforceable.

17. **Notice**. Any notice or other communication required or permitted to be given hereunder shall be in writing and shall be mailed by pre-paid certified mail, return receipt requested or by Federal Express or other similar overnight delivery service providing proof of delivery, to the other party at the address set forth on the first page of this Agreement. All notices shall be effective upon mailing as set forth above.

18. **Governing Law, Jurisdiction**. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida. Any action or proceeding shall be brought in the courts of Broward County, Florida.

19. **Headings**. The headings in the Sections of this Agreement are inserted for convenience only and shall not constitute a part hereof.

20. **Customer Goodwill**. I agree that a portion of the consideration to be provided by Agent under this agreement is in exchange for any goodwill I may currently have with physicians, hospitals and other medical providers and their staff and hereby transfer that goodwill to Agent for its future benefit.

21. **Binding Nature**. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, representatives and permitted assigns. Independent Contractor shall not assign this Agreement or any portion thereof without the express written permission of Agent.

22. **Construction**. The parties acknowledge that each party and its counsel have reviewed and revised this Agreement and the normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement or any amendments or exhibits hereto.

23. **Further Assurances**. Each of the parties hereto shall execute any and all further or additional instruments or documents as the other party may reasonably request in order to give effect to the agreements contained herein.

11

Initial_____

24. <u>Prevailing Party Attorneys' Fees</u>.  The prevailing party in any action or proceeding brought by either party relating to this Agreement shall be entitled to recover reasonable attorneys' fees and costs from the other, including costs and fees on appeal.

25. <u>Individual Obligor</u>.  Agent recognizes that Independent Contractor may do business via a corporation or other business entity. Agent, however, is, in part, contracting for the specific services of the individual executing this Agreement. Accordingly, to the extent that the Independent Contractor is identified as a business entity in the opening paragraph of this Agreement, by executing this Agreement, the individual signatory confirms that he is also individually bound by all of its terms and conditions.

IN WITNESS WHEREOF the parties hereto have set their hands the day and year first above written.

ABSOLUTE MEDICAL LLC                INDEPENDENT CONTRACTOR

By: _____         _____

GREG SOUFLERIS, Principal Agent     Print Name: _____
                                    Individually and on behalf of Independent Contractor

12

Initial_____

## SCHEDULE A

**Agent's Territory**

Volusia

Orange

Seminole

Lake

Osceola

Brevard

Indian River

St. Lucie

Okeechobee

Highland

Martin

Palm Beach

North Broward

Initial_____

SCHEDULE B

[Services and Products]

<u>INDEPENDENT CONTRACTOR'S SERVICES:</u>

<u>SALES REPRESENTATIVE:</u>

The FSR is responsible for providing coverage for all surgeries in an assigned geography. Coverage includes but is not limited to coordinating scheduling, ordering and delivering inventory, in-servicing hospital staff and surgeons on products, intra-operative product technical support, delivering accurate charge sheets and cleaning and pick-up of inventory. An FSR is expected to represent the Agent in a professional manner and to be regarded as an asset by the surgical and nursing staff.

The SR is responsible for the duties described above for an FSR, and, in addition, the SR will vigorously pursue the sale of products in a defined geography. Sales duties will include but are not limited to sales forecasting, geography landscaping, prospecting, product presentation and business requesting. The SR will track purchase orders and invoices for the Agent as well as

<u>PRODUCTS:</u>

Spinal surgical products including but not limited to spinal implants, biologics, bone cement, allograft, neurophysiological monitoring equipment, disposables, hemostasis products, surgical instruments i.e. retractors, hand instruments etc.

14

Initial_____

## SCHEDULE D

[Commissions]

2013 Compensation Plan

- $5,500 per month

16

Initial_____