

# EXHIBIT LIST

**FILED IN OPEN COURT**
**JUN 2 8 2018**
**CLERK U.S. DISTRICT COURT**

___ Government    ___ Plaintiff    ✓ Defendant    ___ Court

Case No. 17-CV-2206-ORL-41GJK

Style: Nuvasive, Inc. v. Absolute Medical, LLC, et al.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Secretary of State Filing |
| 2 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Absolute Medical, LLC Operating Agreement |
| 3 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | EIN Registration number |
| 4 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Absolute Medical, LLC Tax Returns |
| 5 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Bank of America Business Account |
| 6 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | General liability Insurance Policy |
| 7 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | 2013 Exclusive Sales Agreement |
| 8 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | 2013 Agreement between Absolute Medical, LLC |
| 9 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Hawley and Miller signature pages - 2013 |
| 10 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | January, 2014 Agreement |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# Exhibit List

___ Government  ___ Plaintiff  ✓ Defendant  ___ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 11 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | 2015 Sales Agreement |
| 12 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | 2017 Sales Agreement |
| 13 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Draft - Hawley & Miller 2017 Agreements |
| 14 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Territory Transition Agreement |
| 15 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Resignation Emails |
| 16 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Resignation Email - Absolute Medical, LLC |
| 17 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Dissolution Form |
| 18 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | AMS Secretary of State Filings |
| 19 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | AMS Operating Agreement |
| 20 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | AMS EIN Number |

Case Number: 17-CV-2206     Style: Nuvasive, Inc. v. Absolute Medical, LLC



# Exhibit List

\_\_Government   \_\_Plaintiff   ✓Defendant   \_\_Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 21 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | AMS Business Account |
| 22 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | Copy of Business Cards |
| 23 | JUN 2 8 2018 | JUN 2 8 2018 | Dave Hawley | | Hawleymed Agreement |
| 24 | JUN 2 8 2018 | JUN 2 8 2018 | Dave Hawley | | Dec. 12, 2017 Email |
| 25 | JUN 2 8 2018 | JUN 2 8 2018 | Ryan Miller | | Miller Agreement |
| 26 | JUN 2 8 2018 | JUN 2 8 2018 | Greg Soufleris | | AMS Contract with Alphatec |

Case Number: 17-CV-2206   Style: 17-CV-2206
Nuvasive, Inc. v. Absolute Medical, LLC