**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NUVASIVE, INC.,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　Case No:　6:17-cv-2206-Orl-41GJK

**ABSOLUTE MEDICAL, LLC; GREG SOUFLERIS; DAVE HAWLEY; ABSOLUTE MEDICAL SYSTEMS, LLC; and RYAN MILLER,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO PRODUCE DOCUMENTS TO OSSEUS FUSION SYSTEMS, LLC, K2M, INC., NOVABONE PRODUCTS, LLC, ORTHOFIX, INC., AND LIFE SPINE, INC. (Doc. No. 92)** |
| **FILED:** | **July 23, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED IN PART**. The motion is denied as to the subpoenas directed to K2M, Inc., Orthofix, Inc., and Life Spine, Inc., without prejudice to being filed in the proper district. Enforcement of the subpoenas directed to Osseus Fusion Systems, LLC, and NovaBone Products, LLC, is **STAYED** pending resolution of the issues in the Motion regarding the subpoenas directed to those entities.

On July 23, 2018, "Defendants' Motion to Quash Plaintiff's Subpoenas to Produce Documents to Osseus Fusion Systems, LLC, K2M, Inc., NovaBone Products, LLC, Orthofix, Inc., and Life Spine, Inc." (the "Motion") was filed. Doc. No. 92. Plaintiff NuVasive, Inc., served

- 2 -

subpoenas on Osseus Fusion Systems, LLC; K2M, Inc.; NovaBone Products, LLC; Orthofix, Inc.; and Life Spine, Inc. (the "Non-Parties"), requesting production of documents on August 6, 2018. *Id.* at 11, 23, 35, 47, 59. The subpoenas directed to K2M, Inc., Orthofix, Inc., and Life Spine, Inc., require production in Nashville, Tennessee. *Id.* at 23, 47, 59.

Defendants move to quash the subpoenas under Federal Rule of Civil Procedure 45(d). *Id.* at 1. "Under the 2013 amendments to Federal Rule of Civil Procedure 45, the district court with jurisdiction to enforce and to quash subpoenas is 'the court for the district where compliance is required,' which may or may not be the court that issued the subpoena." *Narcoossee Acquisitions, LLC, v. Kohl's Dep't Stores, Inc.*, No. 6:14-cv-203-Orl-41TBS, 2014 WL 4279073, at *1 (M.D. Fla. Aug. 28, 2014) (quoting Fed. R. Civ. P. 45(d)(1), (d)(3), (g)). Here, all the subpoenas were issued by this Court, but the subpoenas directed to K2M, Inc., Orthofix, Inc., and Life Spine, Inc., request that the documents be produced in Tennessee, which is outside the jurisdictional boundaries of this Court. The Motion fails to provide any authority for the proposition that this Court is the proper venue to raise the relief requested regarding these subpoenas. Doc. No. 92. Therefore, the Motion is denied as to the subpoenas directed to K2M, Inc., Orthofix, Inc., and Life Spine, Inc., without prejudice to being filed in the proper district.

The subpoenas directed to Osseus Fusion Systems, LLC, and NovaBone Products, LLC, request compliance in Tampa, Florida, *id.* at 11, 35, which is within the jurisdiction of the Middle District of Florida. The Court will consider Defendants' arguments for quashing those subpoenas

- 3 -

once NuVasive has been given an opportunity to respond to the Motion.

Accordingly, it is **ORDERED** as follows:

1. The Motion (Doc. No. 92) is **DENIED as to the subpoenas directed to K2M, Inc., Orthofix, Inc., and Life Spine, Inc., without prejudice to being filed in the proper district**;

2. NuVasive is directed to file a response to the Motion on or before August 6, 2018; and

3. Enforcement of the subpoenas directed to Osseus Fusion Systems, LLC, and NovaBone Products, LLC, is **STAYED** pending resolution of the issues in the Motion regarding the subpoenas directed to those entities.

**DONE** and **ORDERED** in Orlando, Florida, on August 2, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties