**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NUVASIVE, INC.,**

    **Plaintiff,**

v.                                                                                         Case No:   6:17-cv-2206-Orl-41GJK

**ABSOLUTE MEDICAL, LLC; GREG SOUFLERIS; DAVE HAWLEY; ABSOLUTE MEDICAL SYSTEMS, LLC; and RYAN MILLER;**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR DISCOVERY CONFERENCE (Doc. No. 144)** |
| **FILED:** | **January 29, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On January 29, 2019, NuVasive, Inc., filed a Motion for Discovery Conference (the "Motion"). Doc. No. 144. NuVasive asks the Court to hold an in-person hearing "to address the progress of discovery in this action, various discovery issues, and the outstanding discovery motions filed by NuVasive." *Id.* at 3. Defendants oppose the Motion. *Id.* at 4.

Although there are currently no outstanding discovery motions, the parties have filed approximately ten motions regarding discovery in this case. The motions presented various conflicts related to temporal, subject matter, and geographical scope of the discovery requests;

- 2 -

confidentiality; financial information; and discovery from third parties. The variety of issues and the number of discovery motions leads to the conclusion that a discovery conference is warranted.

Based on the forgoing, it is **ORDERED** as follows:

1. The Motion (Doc. No. 144) is **GRANTED**;

2. **Lead counsel** for all parties shall appear **in person** before the undersigned on **TUESDAY, FEBRUARY 19, 2019, at 2:00 P.M.** in Courtroom #3C, George C. Young Federal Annex Courthouse, 401 W. Central Boulevard, Orlando, Florida 32801; and

3. Counsel shall be prepared to address issues regarding discovery in this case and its progress.

**DONE** and **ORDERED** in Orlando, Florida, on February 1, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties