# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NUVASIVE INC,**

            **Plaintiff,**

**-vs-**                                              Case No.  6:17-cv-2206-Orl-41GJK

**ABSOLUTE MEDICAL LLC**
            **Defendants.**

| JUDGE | **Gregory J. Kelly**, U.S. Magistrate Judge | DATE/TIME | Mar. 13, 2019 10:14am - 11:04am = 50 mins |
|---|---|---|---|
| DEPUTY CLERK | Regina Fermer | REPORTER | Heather Jewett heatherjewett.focr@gmail.com |
| CNSL/PLTF.(S) | Diana Evans Marshall McFarland | CNSL/DEFT.(S) | Bryan E. Busch |

## CLERK'S MINUTES
### STATUS HEARING ON DISCOVERY

Case called, appearances made, procedural setting by Court
Plaintiff Counsel McFarland addresses Court asking for a schedule
Court directs Plaintiff Counsel to file timely motion
Plaintiff Counsel McFarland addresses Court regarding format of evidence. Plaintiff requests evidence in native format
Defense Counsel Busch responds in opposition
Court responds to Defense that they did not raise objections and Orders Defense to provide the evidence in native format
Plaintiff Counsel addresses Court on additional issue on documents
Defense Counsel responds in opposition
Court addresses Counsel and states documents need to be produced designated as attorneys' eyes only
Plaintiff Counsel addresses Court on additional issue of documents
Defense Counsel responds
Court responds
Plaintiff Counsel raises final issue
Defense Counsel responds
Court addresses Counsel and will enter separate Order on these matters
Court directs Counsel to file motion if needed
Court adjourned