UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NUVASIVE, INC.,**

    **Plaintiff,**

v.                                                                                         Case No: 6:17-cv-2206-Orl-41GJK

**ABSOLUTE MEDICAL, LLC, GREG SOUFLERIS, DAVE HAWLEY, ABSOLUTE MEDICAL SYSTEMS, LLC and RYAN MILLER,**

    **Defendants.**

## ORDER

THIS CAUSE is before the Court on Defendant Absolute Medical, LLC's Amended Motion to Compel Arbitration and Stay Court Proceedings Pending Arbitration ("Motion to Compel Arbitration," Doc. 43).[1] In its response to the Motion to Compel Arbitration, Plaintiff agrees to arbitrate Count II of the Complaint as well as Absolute Medical, LLC's ("Absolute Medical") Counterclaim. (Resp., Doc. 49, at 1). The parties dispute whether the rest of the case should be stayed pending arbitration. In the interim, Plaintiff filed an Amended Complaint (Doc. 68), in which Plaintiff added new counts and new parties. The parties have not briefed the Court on what counts in the Amended Complaint, if any, should be stayed pending arbitration. Therefore, the Court will stay the entire case until further order and allow the parties to provide further argument.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] Absolute Medical, LLC previously filed an Unopposed Motion to Compel Arbitration and Stay Court Proceedings Pending Arbitration (Doc. 42) which will be denied as moot.

1. Defendant Absolute Medical, LLC's Amended Motion to Compel Arbitration and Stay Court Proceedings Pending Arbitration (Doc. 43) is **DENIED without prejudice**.

2. Defendant Absolute Medical, LLC's Unopposed Motion to Compel Arbitration and Stay Court Proceedings Pending Arbitration (Doc. 42) is **DENIED as moot**.

3. The case is **STAYED** until further order by the Court.

4. **On or before April 9, 2019**, Defendants shall brief the Court regarding what counts, if any, in the Amended Complaint should be stayed pending arbitration. Failure to do so may result in the lifting of the stay without further notice.

5. **On or before April 23, 2019**, Plaintiff shall file a response.

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record