# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NUVASIVE, INC.,**

    **Plaintiff,**

v.                                               Case No:   6:17-cv-2206-Orl-41GJK

**ABSOLUTE MEDICAL, LLC; GREG SOUFLERIS; DAVE HAWLEY; ABSOLUTE MEDICAL SYSTEMS, LLC; and RYAN MILLER;**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS (Doc. No. 171)** |
| **FILED:** | **April 1, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to remove Louis M. Ursini, III, Esq., Chantal M. Pillay, Esq., and Laura H. Mirmelli, Esq., and Adams and Reese LLP, as counsel of record for Defendants. Bryan E. Busch, Esq., shall continue to represent Defendant. **On or before April 5, 2019**, a Notice of Designation and Consent to Act shall be filed on behalf of Busch.

**DONE** and **ORDERED** in Orlando, Florida, on April 2, 2019.

*/s/ Gregory J. Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record