### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 6:17-cv-2206-Orl-41GJK |
| ) | |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE ) | |
| MEDICAL SYSTEMS, LLC, GREG ) | |
| SOUFLERIS, DAVE HAWLEY, and ) | |
| RYAN MILLER ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF PETER MARZANO

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, Declarant, Peter Marzano, states that:

1. My name is Peter Marzano. I am above the age of eighteen (18) and am fully competent to give the testimony contained in this Declaration, all of which comes from my personal knowledge.

2. NuVasive currently employs me as its Vice President, Clinical and Commercial Enablement.

3. I have held several positions throughout my NuVasive career, which spans over thirteen (13) years, including as NuVasive's Senior Director, Market Development Team, United States from 2010 to 2013. In that role, I was intimately involved with NuVasive's innovative, market-leading eXtreme Lateral Interbody Fusion ("XLIF") Certification program, which was implemented in 2010. Additionally, I was primarily responsible for the creation



EXHIBIT 18

(and updating) of NuVasive's original XLIF sales training materials prior to the implementation of XLIF Certification.

4. NuVasive's training can generally be described as a "phased" program in which a sales representative attends NuVasive's "spine school" after being active in the field for approximately six (6) months, typically as a sales associate (sales representative in development) or spine specialist. Spine school is an intensive, two-week training program conducted at NuVasive's San Diego, California headquarters that educates the participant on company procedures, products, and case coverage thereby allowing them to sufficiently represent and distribute NuVasive's products upon returning to the marketplace.

5. After completing spine school, sales representatives are able to receive XLIF Certification.

6. To receive XLIF Certification, a NuVasive sales representative must return to San Diego (or formerly Paramus, NJ) and successfully complete a rigorous operating room examination consisting of several hundred points that encompass all aspects of the XLIF procedure. The sales associate and/or representative must be able to correctly identify and explain all technical aspects and indicators involved in the XLIF procedure.

7. The XLIF Certification program provides the NuVasive sales associate and/or representatives who complete it a competitive edge in the marketplace related to lateral approach surgery and its associated complexity of anatomy, integrated technologies, and procedural sophistication. Indeed, as a result of XLIF Certification these sales associates and/or representatives possess superior knowledge and clinical skills than those of NuVasive's competitors.

2

8. To the best of my knowledge, none of NuVasive's competitors provide their sales force with any training or certification program relative to their competitive lateral procedures that is as comprehensive and specialized as NuVasive's XLIF Certification program.

9. In fact, those competitors routinely target NuVasive's XLIF Certified sales representatives in order to gain access to the superior knowledge and clinical skills that they possess. In essence, these competitors seek to reap the benefits of that knowledge and those skills, which NuVasive expends significant time and expense developing.

Further, this Declarant sayeth not.

I declare under penalty of perjury the foregoing is true and correct.

Date: 10/8/19

Peter Marzano