UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUVASIVE, INC.                          )
                                        )
                                        )
        Plaintiff,                      )     Case No.:
                                        )     6:17-cv-2206-Orl-41GJK
VS                                      )
                                        )
                                        )
ABSOLUTE MEDICAL, LLC, ABSOLUTE         )
MEDICAL SYSTEMS, LLC, GREG              )
SOUFLERIS, DAVE HAWLEY, and             )
RYAN MILLER                             )
                                        )
        Defendant,                      )
_____)

## **<u>DEFENDANTS MOTION TO ACCEPT DOCUMENTS AS TIMELY FILED</u>**

COME NOW, Defendants Dave Hawley, Ryan Miller, and Absolute Medical

Systems, LLC's Motion to Accept Documents as Timely Filed and shows this Court

as follows:

1.  The Deadline to file dispositive motions in this case was October 18, 2019.

    *See* Doc. 193.

2.  Defendants attempted to submit Defendants Motion for Summary

    Judgment on October 18, 2019 but were met with hours of cm/ecf backend

    server error code 48. *See* Declaration that Party was Unable to File in a

Timely Manner Due to Technical Difficulties attached hereto a Exhibit "A".

3. On October 19, 2019, Defendants overnighted Defendants' Motion for Summary Judgment and supporting documents to the Clerk of Courts. *See* October 19, 2019 letter and FedEx tracking attached hereto as Exhibit "B".

4. On the morning of October 21, 2019, Defendants' counsel reached out to the Clerk of Courts regarding the inability to file and were advised that the cm/ecf servers were down for some time over the weekend. *See* emails attached hereto ax Exhibit "C".

Accordingly, Defendants respectfully request that this Court Accept Defendants' Motion for Summary Judgment as timely filed.

Dated:  October 21, 2019

Respectfully

*/s/ Bryan E. Busch*
Bryan E. Busch, Esq. (*Pro Hac Vice*)
bb@bsms.law
BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC
2859 Paces Ferry Road SE
Suite 1700
Atlanta, Georgia 30339
(404) 800-4088 (Telephone)
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

Diana N. Evans, Esquire
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
dnevans@Bradley.Com
*Attorney for NuVasive*

Christopher W. Cardwell, Esquire
Pro Hac Vice
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
ccardwell@gsrm.Com
*Attorney for NuVasive*

*/s/ Bryan E. Busch*
Bryan E. Busch, Esq. (*Pro Hac Vice*)
bb@bsms.law

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| NUVASIVE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | 6:17-cv-2206-Orl-41GJK |
| VS | ) | |
| | ) | |
| | ) | |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE | ) | |
| MEDICAL SYSTEMS, LLC, GREG | ) | |
| SOUFLERIS, DAVE HAWLEY, and | ) | |
| RYAN MILLER | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**<u>DECLARATION THAT PARTY WAS UNABLE TO FILE IN A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES</u>**

PLEASE TAKE NOTICE that Absolute Medical Systems, LLC, Dave Hawley, and Ryan Miller, Defendants, were unable to file the Attached "Defendants Dave Hawley, Ryan Miller, and Absolute Medical Systems, LLC's Motion for Summary Judgment and Incorporated Memorandum in Support" and foregoing Exhibits in a timely manner due to technical difficulties. The deadline for filing the Defendants Dave Hawley, Ryan Miller, and Absolute Medical Systems, LLC's Motion for Summary Judgment and Incorporated Memorandum in Support was October 18, 2019 by 11:59 p.m.

The reason I was unable to file the document by the October 18, 2019 11:59 p.m. deadline was due to an Internal Error has occurred with error code 48 with backend server failing to respond appearing for thirty (30) minutes prior to the expiration of the deadline. I have attempted to file the documents from three separate locations and file formats. However, despite my best good faith efforts to file, I was unable to do so. I herein give notice to the below individuals by electronic mail:

Diana N. Evans, Esquire
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
dnevans@Bradley.Com
*Attorney for NuVasive*

Christopher W. Cardwell, Esquire
Pro Hac Vice
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
ccardwell@gsrm.Com
*Attorney for NuVasive*

Chris Mills, Esq.
Busch, Slipakoff, Mills & Slomka, LLC
2859 Paces Ferry Road SE
Suite 1700
Atlanta, Georgia 30339
cm@bsms.law

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Laura H. Mirmelli
Laura H. Mirmelli, Esq.
Bryan E. Busch, Esq. (pro hac vice)
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverwood Parkway, S.E., Suite 2100
404-400-4031
Atlanta, Georgia 30339



6:17-cv-02206-CEM-GJK Nuvasive, Inc. v. Absolute Medical, LLC et al

MEDIATION, TRLSET

An Internal Error has occurred the error code is 48.
error:

An Internal Error has occurred the error code is 48.
Error call to backend server failed with (error:

An Internal Error has occurred the error code is 48.
)





# EXHIBIT "B



busch slipakoff

BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC

Attorneys at Law
Atlanta, Georgia
West Palm Beach, Florida
Jacksonville, Florida

Bryan E. Busch
Partner
Direct: 404.890.4062
bb@bsms.law

October 19, 2019

***Via FedEx Priority Overnight***
***No. 7767 6329 3559***
Clerk of Courts
U.S.D.C. Middle District of Florida
Orlando Division
401 West Central Boulevard
Orland, FL 32801

Re:  *NuVasive, Inc. v. Absolute Medical, LLC et al.*
     *CAN: 6:17-cv-2206-Orl-41GJK*
     CM/ECF Technical Error

Dear Clerk:

Due to a technical error presented in the CM/ECF portal for the since late last evening, enclosed please find the following documents for physical filing:

(1) Declaration That Party was Unable to File in a Timely Manner Due to Technical Difficulties;
(2) Defendants Dave Hawley, Ryan Miller, and Absolute Medical Systems, LLC's Motion for Summary Judgment and Incorporated Memorandum in Support;
(3) Exhibit "A" — Declaration of Dave Hawley and Exhibits;
(4) Exhibit "A" — Part 2 - Declaration of Dave Hawley and Exhibits (cont'd);
(5) Exhibit "B" —Declaration of Ryan Miller and Exhibits;
(6) Exhibit "B" — Part 2-Declaration of Ryan Miller and Exhibits (Cont'd);
(7) Exhibit "C" — Deposition Transcript of NuVasive, Inc. Corporate Representative; and
(8) Exhibit "D" — Deposition Transcript of Thad Bragulla.

Kindly confirm receipt and filing. Please feel free to contact the undersigned with questions.

Very truly yours,
Busch, Slipakoff, Mills & Slomka, LLC

Bryan E. Busch, Esq.
BB/lhm

cc:  Diana N. Evans – *email only* (dnevans@Bradley.com) (w/o enclosures)
     Christopher W. Cardwell – *email only* (ccardwell@gsrm.com) (w/o enclosures)



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss,Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT "C"

| | |
|---|---|
| **From:** | Laura Mirmelli |
| **To:** | Laura Mirmelli |
| **Subject:** | FW: error code 48. Back end error |
| **Date:** | Monday, October 21, 2019 11:34:12 AM |
| **Attachments:** | ATT00002.png |
| | ATT00003.png |
| | ATT00004.png |

**From:** Robin Brazil <rb@bsms.law>
**Sent:** Monday, October 21, 2019 10:43 AM
**To:** Laura Mirmelli <lm@bsms.law>; Bryan Busch <bb@bsms.law>; Fernando Bustelo
<fb@bsms.law>
**Subject:** FW: error code 48. Back end error


**From:** Judi_Warwick@psc.uscourts.gov <Judi_Warwick@psc.uscourts.gov> **On Behalf Of**
pacermail@psc.uscourts.gov
**Sent:** Monday, October 21, 2019 10:13 AM
**To:** Robin Brazil <rb@bsms.law>
**Subject:** Re: error code 48. Back end error


Good morning,

There were a few courts and PACER that were down for a time over the weekend. Every site is back up
and running as normal now.

Please let us know if you encounter any further issues. We do apologize for any inconvenience this may
have caused.

Thank you,
Judi

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl



| | |
|---|---|
| From: | Robin Brazil <rb@bsms.law> |
| To: | "pacer@psc.uscourts.gov" <pacer@psc.uscourts.gov> |
| Cc: | Laura Mirmelli <lm@bsms.law>, Bryan Busch <bb@bsms.law>, April Williams <Aw@bsms.law>, Fernando Bustelo <fb@bsms.law> |
| Date: | 10/19/2019 11:27 AM |
| Subject: | error code 48. Back end error |

Good evening.
We have been trying to file a  pleading since yesterday and we keep getting error code 48. Back end error.  Please advise asap.



Robin Brazil

Atlanta Office Manager

3350 Riverwood Parkway SE

Suite 2100

Atlanta GA 30339

Direct: 4048004064

Email: rb@bsms.law



**NOTICE:** This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.  Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.