# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 6:17-cv-2206-Orl-41GJK |
| ) | |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE ) | |
| MEDICAL SYSTEMS, LLC, GREG ) | |
| SOUFLERIS, DAVE HAWLEY, and ) | |
| RYAN MILLER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NUVASIVE, INC.'S UNOPPOSED MOTION TO CONDUCT MEETING TO PREPARE JOINT FINAL PRETRIAL STATEMENT BY REMOTE MEANS

Pursuant to the Court's Case Management and Scheduling Order (Docs. 193, 249) and Local Rule 3.06(b), the parties are required to meet in person to prepare the Joint Final Pretrial Statement no later than July 31, 2020. However, counsel for Plaintiff NuVasive, Inc. are located in Tampa, Florida, and Nashville, Tennessee, and counsel for Defendants are located in Atlanta, Georgia, and West Palm Beach, Florida, and significant interstate and intrastate travel would be required for the parties to meet in person to prepare the Joint Final Pretrial Statement. Due to the ongoing current global health crisis, which has only worsened in both Tennessee and Florida over the last several weeks, it would constitute a safety hazard and hardship on counsel for the parties to travel to conduct the meeting to prepare the joint final pretrial statement in person.

As such, NuVasive, Inc. Respectfully requests that the parties be permitted to conduct the meeting to prepare the joint final pretrial statement by remote means (either telephone or video conference).

**Local Rule 3.01(g) Certification**

Counsel for NuVasive has conferred with counsel for Defendants, who are **unopposed** to the relief requested in this motion.

Dated: July 27, 2020

Respectfully submitted,

*s/Diana N. Evans*
R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq. (*pro hac vice*)
Ccardwell@gsrm.com
M. Thomas McFarland, Esq. (*pro hac vice*)
Tmcfarland@gsrm.com
Mary Taylor Gallagher (*pro hac vice*)
Mtgallagher@gsrm.com
GULLETT, SANFORD, ROBINSON &
MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

*Attorneys for Plaintiff NuVasive, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following counsel of record:

Busch, Slipakoff, Mills & Slomka, LLC

Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
3350 Riverwood Pkwy. SE, Suite 2100
Atlanta, GA  30339
Phone: (404) 800-4062
Fax: (404) 800-4062

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401
Phone: (561) 701-5386

*Attorneys for Defendants*

                                         s/*Diana N. Evans*
                                         Diana N. Evans
                                         *Attorney for NuVasive, Inc.*