**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| NUVASIVE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 6:17-cv-2206-Orl-41GJK ) |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER, | ) ) ) ) ) |
| Defendants. | ) ) |

## NUVASIVE, INC.'S MOTION FOR CLARIFICATION

On June 10, 2020, the Court entered an order requiring the parties to modify and refile their motions for summary judgment no later than July 27, 2020 (Doc. 252), but the June 10, 2020 order does not specify when the revised/modified responses to the refiled motions for summary judgment are due. Pursuant to the Court's Amended Case Management and Scheduling Order (Doc. 193 at ¶ (H)(1)), responses to motions for summary judgment are due within thirty (30) days of the filing of the motion, but pursuant to Local Rule 3.01(b), responses to motions are generally due within fourteen (14) days of the filing of the motion. Thus, NuVasive, Inc. ("NuVasive") requests clarification regarding whether responses to the refiled motions for summary judgment are due within fourteen (14) or thirty (30) days of the refiling of the motions for summary judgment.

In the event the Court requires responses within fourteen (14) days, NuVasive respectfully requests that the Court permit them twenty-one (21) days to respond to

Defendants' refiled motion for partial summary judgment. Defendants refiled their motion for partial summary judgment early on July 20, 2020 (Doc. 257), a fourteen-day response deadline would make NuVasive's response due no later than August 3, 2020, and a twenty-one-day response deadline would make the response due August 10, 2020 (the same due date with a fourteen-day response deadline had Defendants refiled their motion for partial summary judgment on the July 27, 2020 deadline). Thus, NuVasive respectfully requests that if the Court requires responses within fourteen (14) days that NuVasive be permitted until August 10, 2020 to file its response.

## Local Rule 3.01(g) Certification

Counsel for NuVasive attempted to confer with counsel for Defendants regarding the relief requested in this motion, but counsel for Defendants were nonresponsive. Counsel for NuVasive emailed counsel for Defendants Christopher Mills, Bryan Busch, and Laura Mirmelli on July 24, July 27, and July 28, 2020 (see **Exhibit 1**) and called Bryan Busch on July 27 and 28, 2020, leaving two voicemails. Despite responding to other inquiries from counsel for NuVasive on July 27, 2020, none of Defendants' counsel responded regarding the relief requested in this motion. Thus, NuVasive was unable to ascertain Defendants' position as to the relief requested in this motion.

Dated: July 28, 2020

        Respectfully submitted,

        *s/Diana N. Evans*
R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq. (*pro hac vice*)
Ccardwell@gsrm.com
M. Thomas McFarland, Esq. (*pro hac vice*)
Tmcfarland@gsrm.com
Mary Taylor Gallagher (*pro hac vice*)
Mtgallagher@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

 *Attorneys for Plaintiff NuVasive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following counsel of record:

Busch, Slipakoff, Mills & Slomka, LLC

Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
3350 Riverwood Pkwy. SE, Suite 2100
Atlanta, GA  30339
Phone: (404) 800-4062
Fax: (404) 800-4062

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401
Phone: (561) 701-5386

*Attorneys for Defendants*

s/*Diana N. Evans*
Diana N. Evans
*Attorney for NuVasive, Inc.*