# Exhibit 1

| | |
|---|---|
| **From:** | Evans, Diana |
| **To:** | Bryan Busch; Chris Mills; Laura Mirmelli |
| **Cc:** | Chris Cardwell; Thomas McFarland |
| **Subject:** | RE: NuVasive, Inc. v. Absolute Medical, LLC -- Case No. 6:17-cv-2206 -- Motion for Clarification |
| **Date:** | Tuesday, July 28, 2020 9:17:55 AM |

Morning, Bryan:

We are filing our motion at 12 EST today. Please let us know Defendants' position before then.

Thank you,
Diana


-------- Original message --------
From: "Evans, Diana" <dnevans@bradley.com>
Date: 7/27/20 3:21 PM (GMT-05:00)
To: Bryan Busch <bb@bsms.law>, Chris Mills <cm@bsms.law>, Laura Mirmelli <lm@bsms.law>
Cc: Chris Cardwell <ccardwell@gsrm.com>, Thomas McFarland <tmcfarland@gsrm.com>
Subject: RE: NuVasive, Inc. v. Absolute Medical, LLC -- Case No. 6:17-cv-2206 -- Motion for Clarification

Hi, Bryan:

Following up on this one too.

Thanks,
Diana

**Diana N. Evans**
Associate | Bradley
dnevans@bradley.com
813.559.5522


**From:** Evans, Diana
**Sent:** Friday, July 24, 2020 2:00 PM
**To:** Bryan Busch <bb@bsms.law>; Chris Mills <cm@bsms.law>; Laura Mirmelli <lm@bsms.law>
**Cc:** Chris Cardwell <ccardwell@gsrm.com>; Thomas McFarland <tmcfarland@gsrm.com>
**Subject:** NuVasive, Inc. v. Absolute Medical, LLC -- Case No. 6:17-cv-2206 -- Motion for Clarification

Hi, Bryan:

The Court did not specify in its June 10, 2020 order the time frame for responding to the refiled motions for summary judgment. The CMSO provides for 30 days but the local rules provide 14 days,

so we are going to file a motion for clarification asking the Court to clarify the response deadline and asking for 21 days to respond in the event the Court states the response deadline is 14 days.

Ma we represent that Defendants are unopposed to the motion?

Thank you,
Diana



Bradley

**Diana N. Evans**
Associate
e: dnevans@bradley.com  w: bradley.com
d: 813.559.5522  f: 813.229.5946
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio