# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 6:17-cv-2206-Orl-41GJK |
| | ) |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER, | ) ) ) ) |
| | ) |
| Defendants. | ) ) |

## JOINT MOTION TO RESCHEDULE TRIAL STATUS CONFERENCE SET FOR NOVEMBER 16, 2020

Pursuant to Local Rule 3.09, the parties respectfully request that the Court reschedule the trial status conference currently set for November 16, 2020, at 2:15 p.m. EST due to the unavailability of both counsel for Plaintiff NuVasive, Inc. and counsel for Defendants Absolute Medical, LLC, Absolute Medical Systems, LLC, Greg Soufleris, Dave Hawley, and Ryan Miller. In support of this motion, the parties state as follows:

1. A trial status conference was originally scheduled in this matter for November 19, 2020 at 10 a.m. EST. (Doc. 263). Counsel for the parties had arranged and were prepared to appear at this date and time.

2. On November 10, 2020, the Court entered an order rescheduling the trial status conference for November 17, 2020 at 2:15 p.m. EST. (Doc. 269).

3. On November 11, 2020, the Court entered a second order rescheduling the trial status conference for November 16, 2020 at 2:15 p.m. EST. (Doc. 270).

4. Counsel for both Plaintiff (Christopher Cardwell and Thomas McFarland) and Defendants (Bryan Busch and Laura Mirmelli) currently have closing arguments scheduled in the American Arbitration Association proceedings styled *NuVasive, Inc. v. Rival Medical, LLC*, AAA Case No. 01-19-0001-3591 at 12:00 EST on November 16, 2020.[1] Additionally, counsel for Plaintiff, Thomas McFarland, has full-day mediation in Nashville, Tennessee scheduled for Monday, November 16, 2020, which cannot be rescheduled. Thus, counsel for both parties are unavailable to attend the trial status conference on November 16, 2020, at 2:15 p.m. EST.

5. Counsel for the parties have conferred regarding their joint availability and are available on November 23 and 25 or the morning of November 24 for a trial status conference at a time convenient to the Court.

6. The parties do not make this request for the purpose of delay or any improper purpose, but rather to allow counsel for all parties to attend the trial status conference.

WHEREFORE, the parties respectfully request the Court reschedule the trial status conference currently set for November 16, 2020 at 2:15 p.m. to November 23, 25, or the morning of November 24, at a time convenient to the Court, or at some other mutually agreeable date among the parties.

---

[1] Mr. Cardwell and Mr. McFarland represent NuVasive in that proceeding, and Mr. Busch and Ms. Mirmelli represent Rival Medical, LLC.

Dated: November 11, 2020

Respectfully submitted,

s/Bryan E. Busch
Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverwood Pkwy. SE, Suite 2100
Atlanta, GA  30339
Phone: (404) 800-4062
Fax: (404) 800-4062

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401
Phone: (561) 701-5386

*Attorneys for Defendants Absolute Medical, LLC, Absolute Medical Systems, LLC, Greg Soufleris, Ryan Miller, and Dave Hawley*

s/Diana N. Evans
R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq. (*pro hac vice*)
Ccardwell@gsrm.com
M. Thomas McFarland, Esq. (*pro hac vice*)
Tmcfarland@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

*Attorneys for Plaintiff NuVasive, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 11, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following counsel of record:

Busch, Slipakoff, Mills & Slomka, LLC
Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
3350 Riverwood Pkwy. SE, Suite 2100
Atlanta, GA  30339
Phone: (404) 800-4062
Fax: (404) 800-4062

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401
Phone: (561) 701-5386

*Attorneys for Defendants*

                s/*Diana N. Evans*
                Diana N. Evans

                *Attorney for NuVasive, Inc.*