UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABSOLUTE MEDICAL, LLC, ABSOLUTE )<br>MEDICAL SYSTEMS, LLC, GREG )<br>SOUFLERIS, DAVE HAWLEY, and )<br>RYAN MILLER )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 6:17-cv-2206-Orl-41GJK |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, Bryan E Busch, attorney for Defendant in the above styled action, and submits this Notice of Change of Address for transmission in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

**NEW ADDRESS:**
Busch, Slipakoff, Mills & Slomka, PLLC
6400 Powers Ferry Road, Suite 391
Atlanta, Georgia 30339
bb@bsms.law
lm@bsms.law

The Clerk of Court and all parties to this action are respectfully requested to forward all future documents to the address above.

Submitted this 24th day of November, 2020.

BUSCH, SLIPAKOFF, MILLS & SLOMKA, PLLC

Respectfully submitted,

*/s/ Bryan E. Busch*
Bryan E. Busch, *Admitted Pro Hac Vice*
Phone: 404-800-4062
bb@bsms.law
6400 Powers Ferry Road, Suite 391

1

Atlanta, GA 30339
Phone: (404) 800-4062

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2020, I have served a true and correct copy of the foregoing document by e-mail and U.S. Mail, postage pre-paid to the following parties at the following addresses:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

　　　　　　　　　　　　　　　　　　　　*/s/ Bryan E. Busch*
　　　　　　　　　　　　　　　　　　　　Bryan E. Busch, Esq. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*