**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| NUVASIVE, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 6:17-cv-2206-Orl-41GJK |
| ) | |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE ) | |
| MEDICAL SYSTEMS, LLC, GREG ) | INJUNCTIVE RELIEF SOUGHT |
| SOUFLERIS, DAVE HAWLEY, and RYAN ) | |
| MILLER, ) | |
| ) | |
|     Defendants, ) | |
| ) | |

**JOINT NOTICE REGARDING THE COURT'S MAY 31, 2019, ORDER AND REQUEST FOR A STATUS CONFERENCE**

By and through their counsel of record, the parties make this filing to inform the Court of the result of the arbitration that involved NuVasive, Inc. and Absolute Medical, and to request a status conference to address how the Court wishes to address the claims stayed by its May 31, 2019, Order (Doc. 178) that stayed certain claims pending arbitration. In support of this request, the Parties state that:

    1.    the Arbitration Panel entered the Order attached as **Exhibit 1** in response to NuVasive's Motion for Summary Judgment;

    2.    the Arbitration Panel's Final Award is attached as **Exhibit 2**; and

    3.    the Parties seek guidance on how to the Court wants NuVasive's stayed claims – Counts III (as to damages), VI (statutory individual liability), VII (piercing the corporate veil), VIII (FDUTPA), and IX (tortious interference with business relationships) – to go

forward, and respectfully request a conference via Zoom (or other teleconferencing platform) or conference call to discuss that issue.

Respectfully submitted,

| | |
|---|---|
| *s/ M. Thomas McFarland* | *s/ Bryan E. Busch with permission* |
| R. Craig Mayfield (Fla. Bar No. 0429643) | Bryan E. Busch, Esq. (*pro hac vice*) |
| Cmayfield@bradley.com | Laura H. Mirmelli, Esq. |
| Diana N. Evans (Fla. Bar No. 98945) | Busch Slipakoff Mills & Slomka, LLC |
| Dnevans@bradley.com | 6400 Powers Ferry Road, N.E., Suite 391 |
| Bradley Arant Boult Cummings LLP | Atlanta, GA 30339 |
| 100 North Tampa Street, Suite 2200 | bb@bsms.law |
| Tampa, Florida 33602 | lm@bsms.law |
| Tel: (813) 559-5500 | |
| Fax: (813) 229-5946 | Christopher Y. Mills |
| | 319 Clematis Street, Suite 109 |
| Christopher W. Cardwell, Esq. (*pro hac vice*) | West Palm Beach, FL 33401 |
| ccardwell@gsrm.com | cm@bsms.law |
| Mary Taylor Gallagher, Esq. (*pro hac vice*) | |
| mtgallagher@gsrm.com | *Attorneys for Defendants* |
| M. Thomas McFarland, Esq. (*pro hac vice*) | |
| tmcfarland@gsrm.com | |
| GULLETT, SANFORD, ROBINSON & MARTIN, PLLC | |
| 150 Third Avenue South, Suite 1700 | |
| Nashville, TN 37201 | |
| Tel: (615) 244-4994 | |
| Fax: (615) 256-6339 | |

*Attorneys for Plaintiff NuVasive, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Busch, Slipakoff, Mills & Slomka, LLC

Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
6400 Powers Ferry Road, N.E., Suite 391
Atlanta, GA 30339

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401

*Attorneys for Defendants*

                                                /s/ ***M. Thomas McFarland***