**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| NUVASIVE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABSOLUTE MEDICAL, LLC, ABSOLUTE ) <br> MEDICAL SYSTEMS, LLC, GREG ) <br> SOUFLERIS, DAVE HAWLEY, and RYAN ) <br> MILLER, ) <br> ) <br> Defendants, ) <br> _____ ) | Civil Case No. 6:17-cv-2206-Orl-41GJK <br><br> INJUNCTIVE RELIEF SOUGHT |

**AMENDED CASE MANAGEMENT REPORT**

Through their counsel of record, and pursuant to the Court's March 25, 2021, Endorsed Order (Doc. 287), the parties submit this Amended Case Management Report.

## I.   STATUS

The Court continued this trial to November 29, 2021, after NuVasive, Inc. and Absolute Medical, LLC completed arbitrating NuVasive's claims that Absolute Medical breached the contractual obligations imposed on it by the January 1, 2017, Exclusive Sales Agreement (the "Agreement"). That arbitration concluded with a final order from the AAA arbitration panel. (Doc. 283-2). As a result of that final AAA order, the claims that were stayed by this Court's May 31, 2019, Order (Doc. 178) are no longer stayed. Those claims are:

- Count III – Breach of Contract (damages) against Absolute Medical Systems, LLC;
- Count VI – Statutory Individual Liability against Soufleris;
- Count VII – Piercing the Corporate Veil against Soufleris; and

- Count IX – Florida Deceptive and Unfair Trade Practices Act against all Defendants.

These claims will be tried along with:

- Count I – Breach of Contract (injunctive relief) against Absolute Medical, LLC;

- Count III – Breach of Contract (injunctive relief) against Absolute Medical Systems, LLC;

- Count IV – Breach of Contract against Hawley and Miller; and

- Count V – Conversion against Hawley and Absolute Medical Systems, LLC.

The only motions currently before the Court are the parties competing motions for summary judgment (Doc. 257; Doc. 260) and NuVasive's motion for sanctions for spoliation of evidence (Doc. 203). All three are ripe for adjudication.

## II.   PROPOSED ADDITIONAL DISCOVERY

The parties believe that a limited amount of discovery is necessary to prepare the recently un-stayed claims for trial. They propose no more than fifteen (15) interrogatories, fifteen (15) requests for production of documents, and three (3) depositions of fact witnesses per side (plaintiff is a side and defendants are a side).

NuVasive also respectfully requests that the Court allow it to subpoena documents from Alphatec Spine, Inc. Prior to filing its spoliation motion, NuVasive did so, but the Southern District of California quashed the subpoena, holding that NuVasive could obtain the requested discovery form the Defendants (large portions of which are the subject of NuVasive's pending motion for spoliation). NuVasive submits that this subpoena represents a potential measure to cure, at least in part, the spoliation it alleges in that motion pursuant to Federal Rule of Civil Procedure 37(e) as NuVasive is aware that responsive and relevant materials exist in

Alphatec's position. NuVasive possesses this information because Alphatec produced these documents and communications in litigation styled *NuVasive, Inc. v. Miles, et al.*, C.A. No. 2017-0720-SG, Delaware Court of Chancery. Alphatec refuses to permit NuVasive to disclose or utilize the documents it produced in that case in this litigation. Defendants dispute that these actions are necessary.

The parties propose a fact discovery cut-off of June 30, 2021. They also propose that each side produce any updates to its expert damage witness reports by that date, and that those experts sit for depositions by September 30, 2021.

### III.   REQUEST TO FILE DISPOSITIVE MOTIONS

The parties request the opportunity to file summary judgment motions on the un-stayed claims. If the Court agrees to this request, they propose a filing date of July 23, 2021, with responses due on August 6, 2021, and replies due on August 13, 2021.

### IV.   AMENDED SCHEDULING DEADLINES AND DATES

Accordingly, the parties submit the following proposed deadlines:

| Action or Event | Date |
| --- | --- |
| Mandatory Initial Disclosures | Completed |
| Certificate of Interested Persons and Corporate Disclosure Statement | Completed |
| Disclosure of Expert Reports | |
| Plaintiff: | Completed |
| Defendant: | Completed |
| Fact Discovery Deadline | JUNE 30, 2021 |
| Disclosure of Updated Expert Reports | JUNE 30, 2021 |

| | |
|---|---|
| Dispositive Motions and *Daubert M*otions. (Dispositive motions on un-stayed claims only). | JULY 23, 2021 |
| Expert Discovery Deadline | September 30, 2021 |
| Mediation. | Completed |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form)<br><br>Trial Briefs | NOVEMBER 15, 2021 |
| Date of the final pretrial conference. | NOVEMBER 22, 2021 |
| Trial | NOVEMBER 29, 2021<br>8:30 A.M. |

Respectfully jointly submitted,

| | |
|---|---|
| *s/M. Thomas McFarland*_____ | *s/ Bryan E. Busch with permission* |
| R. Craig Mayfield (Fla. Bar No. 0429643) | Bryan E. Busch, Esq. (*pro hac vice*) |
| Cmayfield@bradley.com | Laura H. Mirmelli, Esq. |
| Diana N. Evans (Fla. Bar No. 98945) | Busch Slipakoff Mills & Slomka, LLC |
| Dnevans@bradley.com | 6400 Powers Ferry Road, N.E., Suite 391 |
| Bradley Arant Boult Cummings LLP | Atlanta, GA 30339 |
| 100 North Tampa Street, Suite 2200 | bb@bsms.law |
| Tampa, Florida 33602 | lm@bsms.law |
| Tel: (813) 559-5500 | |
| Fax: (813) 229-5946 | Christopher Y. Mills |
| | 319 Clematis Street, Suite 109 |
| Christopher W. Cardwell, Esq. (*pro hac vice*) | West Palm Beach, FL 33401 |
| ccardwell@gsrm.com | cm@bsms.law |
| Mary Taylor Gallagher, Esq. (*pro hac vice*) | |
| mtgallagher@gsrm.com | *Attorneys for Defendants* |
| M. Thomas McFarland, Esq. (*pro hac vice*) | |
| tmcfarland@gsrm.com | |
| GULLETT, SANFORD, ROBINSON & MARTIN, PLLC | |
| 150 Third Avenue South, Suite 1700 | |
| Nashville, TN 37201 | |
| Tel: (615) 244-4994 | |
| Fax: (615) 256-6339 | |

*Attorneys for Plaintiff NuVasive, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Busch, Slipakoff, Mills & Slomka, LLC

Bryan E. Busch
Email: bb@bsms.law
Laura H. Mirmelli
Email: lm@bsms.law
6400 Powers Ferry Road, N.E., Suite 391
Atlanta, GA 30339

Christopher Y. Mills
Email: cm@bsms.law
319 Clematis Street, Suite 109
West Palm Beach, FL 33401

*Attorneys for Defendants*

                                                       *s/M. Thomas McFarland*