UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NUVASIVE, INC.,**

      **Plaintiff,**

v.                                   Case No. 6:17-cv-2206-CEM-GJK

**ABSOLUTE MEDICAL, LLC,
GREG SOUFLERIS, DAVE
HAWLEY, ABSOLUTE
MEDICAL SYSTEMS, LLC, and
RYAN MILLER,**

      **Defendants.**

## SECOND AMENDED
## CASE MANAGEMENT AND SCHEDULING ORDER

THIS CAUSE is before the Court on the Parties' Case Management Report (Doc. 289). Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 3.02(c), it is **ORDERED** that counsel and all parties, including *pro se* parties, shall comply with the following deadlines and instructions. **The deadlines herein shall not be extended without Court approval.**

| Action or Event | Deadline |
|---|---|
| Completion of discovery and motion to compel discovery | JUNE 30, 2021 |
| Dispositive and *Daubert* motions | JULY 23, 2021 |
| Filing of the joint final pretrial statement; any other motions, including motion in limine; jointly proposed jury | NOVEMBER 15, 2021 |

| instructions and jointly proposed verdict form | |
|---|---|
| In-Person Final Pretrial Conference | NOVEMBER 22, 2021 at 3:00 PM in Courtroom 5B |
| Jury trial | NOVEMBER 29, 2021 at 8:30 A.M. |

All other provisions of the Amended Case Management and Scheduling Order (Doc. 193) continue to apply.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties