# EXHIBIT 2

# Tillie Noble

| | |
|---|---|
| **From:** | Bryan Busch <bb@buschmills.com> |
| **Sent:** | Friday, August 20, 2021 10:08 AM |
| **To:** | Thomas McFarland |
| **Cc:** | Laura Mirmelli; Chris Cardwell; Tillie Noble |
| **Subject:** | RE: NuVasive/Absolute Medical - Updated Decker Report and Deposition |

zoom



*Bryan E. Busch*
*Busch Mills & Slomka LLP*
*6400 Powers Ferry Road, Suite 391*
*Atlanta, GA 30339*
*404.800.4062 (direct dial)*
*770.265.6245 (mobile)*
[bb@buschmills.com](mailto:bb@buschmills.com) *(email)*

---

**From:** Thomas McFarland <tmcfarland@gsrm.com>
**Sent:** Friday, August 20, 2021 10:30 AM
**To:** Bryan Busch <bb@buschmills.com>
**Cc:** Laura Mirmelli <lm@buschmills.com>; Chris Cardwell <ccardwell@gsrm.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** RE: NuVasive/Absolute Medical - Updated Decker Report and Deposition

Checking now and will get back to you. In person or Zoom?

| | |
|---|---|
| GSRM LAW | **Thomas McFarland**<br>**Gullett Sanford Robinson & Martin PLLC**<br>Main: 615.244.4994 \| Direct: 615.921.4214<br>150 Third Avenue South, Suite 1700, Nashville, TN 37201<br>tmcfarland@gsrm.com \| www.gsrm.com<br> |

**From:** Bryan Busch <bb@buschmills.com>
**Sent:** Friday, August 20, 2021 9:29 AM
**To:** Thomas McFarland <tmcfarland@gsrm.com>
**Cc:** Laura Mirmelli <lm@buschmills.com>; Chris Cardwell <ccardwell@gsrm.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** RE: NuVasive/Absolute Medical - Updated Decker Report and Deposition

The second week of September?

*Bryan E. Busch*
*Busch Mills & Slomka LLP*

*6400 Powers Ferry Road, Suite 391*
*Atlanta, GA 30339*
*404.800.4062 (direct dial)*
*770.265.6245 (mobile)*
*bb@buschmills.com (email)*

**From:** Thomas McFarland <tmcfarland@gsrm.com>
**Sent:** Monday, August 16, 2021 3:56 PM
**To:** Bryan Busch <bb@buschmills.com>
**Cc:** Laura Mirmelli <lm@buschmills.com>; Chris Cardwell <ccardwell@gsrm.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** RE: NuVasive/Absolute Medical - Updated Decker Report and Deposition

Bryan,

Circling back to this. Let us know your preference and we will check against Misty's availability.

-Thomas



**Thomas McFarland**
**Gullett Sanford Robinson & Martin PLLC**
Main: 615.244.4994 | Direct: 615.921.4214
150 Third Avenue South, Suite 1700, Nashville, TN 37201
tmcfarland@gsrm.com | www.gsrm.com



**From:** Thomas McFarland
**Sent:** Monday, August 9, 2021 3:25 PM
**To:** Bryan Busch <bb@buschmills.com>
**Cc:** Laura Mirmelli <lm@buschmills.com>; Chris Cardwell <ccardwell@gsrm.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** RE: NuVasive/Absolute Medical - Updated Decker Report and Deposition

Bryan,

As indicated below, attached please find Misty's Supplemented Report in the Absolute matter. Let us know some dates to complete her deposition. She indicated to me that the week of August 30 is not good. Anything other than that we can probably make work.

Regards,



**Thomas McFarland**
**Gullett Sanford Robinson & Martin PLLC**
Main: 615.244.4994 | Direct: 615.921.4214
150 Third Avenue South, Suite 1700, Nashville, TN 37201
tmcfarland@gsrm.com | www.gsrm.com



**From:** Thomas McFarland
**Sent:** Thursday, August 5, 2021 2:16 PM
**To:** Bryan Busch <bb@buschmills.com>
**Cc:** Laura Mirmelli <lm@buschmills.com>; Chris Cardwell <ccardwell@gsrm.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** NuVasive/Absolute Medical - Updated Decker Report and Deposition

Bryan,

As she testified in her deposition last year, Ms. Decker has been updating her report as we approach trial. We should have that to you by EOD Monday. After that, I presume you will want to complete her deposition. Please give us some dates in August that work for you to do that.

Thanks,



**Thomas McFarland**
**Gullett Sanford Robinson & Martin PLLC**
Main: 615.244.4994 | Direct: 615.921.4214
150 Third Avenue South, Suite 1700, Nashville, TN 37201
tmcfarland@gsrm.com | www.gsrm.com



3