UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUVASIVE, INC., )
)
)
    Plaintiff, ) Case No.:
) 6:17-cv-2206-Orl-41GJK
VS )
)
)
ABSOLUTE MEDICAL, LLC, ABSOLUTE )
MEDICAL SYSTEMS, LLC, GREG )
SOUFLERIS, DAVE HAWLEY, and )
RYAN MILLER, )
)
    Defendants. )
_____)

### DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO BIFURCATE TRIAL

COME NOW Defendants, by and through their undersigned counsel, and pursuant to Local Rule 3.01(d), files this Opposed Motion for Leave to File a Reply to Plaintiff's Response to Defendants' Motion to Bifurcate Trial.

On July 23, 2021, Defendants filed their Motion to Bifurcate Trial. (Doc. 311). On August 20, 2021, Plaintiff filed its response in opposition. (Doc. 320). Defendants now seek leave to file a brief reply, not to exceed five (5) pages to reply to the arguments Plaintiff makes in its response and provide additional information relevant to this Court's consideration of the Motion to Bifurcate.

1

WHEREFORE, Defendants respectfully request that this Court grant it leave to file a reply brief, which is no greater than five (5) pages, within seven (7) days of the Court's ruling on this motion.

### Local Rule 3.01(g) Certification

Undersigned counsel for Defendants certifies that he conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff are **opposed** to the relief requested herein.

Dated:  September 7, 2021

        Respectfully,

        */s/ Bryan E. Busch*
        Bryan E. Busch, Esquire (*Pro Hac Vice*)
        bb@bsms.law
        BUSCH, MILLS & SLOMKA, LLP
        6400 Powers Ferry Road, N.W. Suite 391
        Atlanta, Georgia 30339
        (404) 800-4062 (Telephone)

        Christopher Y. Mills, Esquire
        cm@bsms.law
        BUSCH, MILLS & SLOMKA, LLP
        701 S. Olive Ave., Suite 105
        West Palm Beach, FL 33401
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

                                            */s/ Bryan E. Busch*
                                            Bryan E. Busch, Esq. (*Pro Hac Vice*)
                                            bb@bsms.law