UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUVASIVE, INC.,

    Plaintiff,

VS

ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER,

    Defendants.

Case No.:
6:17-cv-2206-Orl-41GJK

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO ABSOLUTE MEDICAL SYSTEMS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Defendants, by and through their undersigned counsel, and pursuant to Local Rule 3.01(d), files this Opposed Motion for Leave to File a Reply to Plaintiff's Response to Defendants' Motion for Partial Summary Judgment (Doc. 323) and Plaintiff's Response to Absolute Medical Systems, LLC's Motion for Partial Summary Judgment or in the Alternative to Compel Arbitration (Doc. 322).

On July 23, 2021, Absolute Medical Systems filed its Motion for Summary Judgment or in the Alternative to Compel Arbitration. (Doc. 312). On July 23, 2021, Defendants filed their Motion for Partial Summary Judgment. (Doc. 308). On

August 20, 2021, Plaintiff filed its responses in opposition. (Docs. 322 and 323). Defendants now seek leave to file a brief reply, not to exceed seven (7) pages to reply to the arguments Plaintiff makes in its response and provide additional information and applicable case law relevant to this Court's consideration of the Motions for Summary Judgment.

WHEREFORE, Defendants respectfully request that this Court grant it leave to file reply briefs, no greater than seven (7) pages each, within seven (7) days of the Court's ruling on this motion.

## Local Rule 3.01(g) Certification

Undersigned counsel for Defendants certifies that he conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff are **opposed** to the relief requested herein.

Dated:  September 7, 2021

Respectfully,

*/s/ Bryan E. Busch*
Bryan E. Busch, Esquire (*Pro Hac Vice*)
bb@bsms.law
BUSCH, MILLS & SLOMKA, LLP
6400 Powers Ferry Road, N.W. Suite 391
Atlanta, Georgia 30339
(404) 800-4062 (Telephone)

Christopher Y. Mills, Esquire
cm@bsms.law
BUSCH, MILLS & SLOMKA, LLP
701 S. Olive Ave., Suite 105
West Palm Beach, FL 33401
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

                                        */s/ Bryan E. Busch*
                                        Bryan E. Busch, Esq. (*Pro Hac Vice*)
                                        bb@bsms.law