UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUVASIVE, INC.

    Plaintiff,

vs

ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER

    Defendants.

Case No.: 6:17-cv-2206-Orl-41GJK

## DEFENDANTS' NOTICE OF FILING EXHIBIT AT DOC 335-2

Defendants, through their counsel, hereby give notice of re-filing with the Court Exhibit 335-2 to Defendants' Motion in Limine at Doc. 335.

Respectfully Submitted,

 /s/ *Stephen D. Milbrath*
Stephen D. Milbrath, Esquire
Florida Bar No.: 0239194
Accel IP Law, PLLC
1137 Edgewater Drive
Orlando, Fl 32804
(407) 492-0259
*Local Counsel for AM and AMS*

/s/ *Bryan E. Busch*
Bryan E. Busch, Esquire (*Pro Hac Vice*)
bb@buschmills.com
BUSCH, MILLS & SLOMKA, LLP
6400 Powers Ferry Road, N.W. Suite 391
Atlanta, Georgia 30339
(404) 800-4062 (Telephone)
*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

                                         */s/ Bryan E. Busch*
                                         Bryan E. Busch, Esq. (*Pro Hac Vice*)
                                         bb@buschmills.com