UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

NUVASIVE, INC.,

      Plaintiff,

v.                                              Case No: 6:17-cv-2206-CEM-GJK

ABSOLUTE MEDICAL, LLC et al,

      Defendants.

| UNITED STATES DISTRICT JUDGE: | Carlos E. Mendoza | COURTROOM: | 5B |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | COUNSEL FOR PLAINTIFF: | Christopher Cardwell, Diana Evans, Marshall Thomas McFarland |
| COURT REPORTER | Suzanne Trimble trimblecourtreporter@gmail.com | COUNSEL FOR DEFENDANT: | Bryan Busch, Stephen Milbrath |
| DATE/TIME:  TOTAL TIME: | November 16, 2021 2:02 PM – 2:16 PM 14 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE CONFERENCE**

Case called; appearances taken.

Court addresses trial matters with both parties.

Ore Tenus Motion to Seal exhibits to motion to vacate by Plaintiff.

Court is adjourned.