UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:17-cv-2206-Orl-41GJK |
| | ) |
| ABSOLUTE MEDICAL, LLC, | ) |
| ABSOLUTE MEDICAL SYSTEMS, | ) |
| LLC, GREG SOUFLERIS, DAVE | ) |
| HAWLEY, and RYAN MILLER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE REGARDING REPLY TO JANUARY 10, 2022, SEALED ORDER (DOC. 371)

The Court's January 10, 2022, sealed order provided that Plaintiff, NuVasive, Inc. ("NuVasive") may file a Reply to Defendants' Response to January 10, 2022 Show Cause Order (the "Response") (Doc. 375), but "[i]f Plaintiff chooses to not file a Reply, Plaintiff shall file a notice on the record to that effect in order to most expeditiously handle this matter." (Order, Doc. 371, p. 30 ¶ 3(e)). Accordingly, absent any specific issue or issues addressed in the Response on which the Court desires NuVasive's input, NuVasive elects to not file a Reply and hereby notifies the Court and Defendants on the record of that election pursuant to the Court's direction.

862686.1/020171439

Dated: January 18, 2022          Respectfully submitted,

*s/M. Thomas McFarland*
R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq. (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esq. (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland, Esq. (*pro hac vice*)
tmcfarland@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

*Attorneys for Plaintiff, NuVasive, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Busch, Mills & Slomka, LLP

Bryan E. Busch
Email: bb@buschmills.com
Laura H. Mirmelli
Email: lm@ buschmills.com
6400 Powers Ferry Road, N.E., Suite 391
Atlanta, GA 30339

Christopher Y. Mills
Email: cm@ buschmills.com
319 Clematis Street, Suite 109
West Palm Beach, FL 33401

*Attorneys for Defendants*

Accel IP Law, PLLC

Stephen D. Milbrath
Email:  smilbrath@acceliplaw.com
1137 Edgewater Drive
Orlando, FL  32804

*Attorney for Absolute Medical Systems, LLC and Absolute Medical, LLC*


                                              *s/M. Thomas McFarland*