FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 JAN 18 PM 1: 15

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

NUVASIVE, INC.,

    Plaintiff,

v.

CASE NO.: 6:17-CV-02206-CEM-GJK

ABSOLUTE MEDICAL, LLC,
GREG SOUFLERIS, DAVE HAWLEY,
ABSOLUTE MEDICAL SYSTEMS, LLC,
and RYAN MILLER,

    Defendants.

_____/

## NOTICE OF APPEAL TO THE ELEVENTH CIRCUIT

NOTICE IS GIVEN, that Defendants Absolute Medical, LLC, Greg Soufleris, Dave Hawley, Absolute Medical Systems, LLC, Ryan Miller, hereby appeal, to the United States Court of Appeals for the Eleventh Circuit, from the Order of this Court Under Seal dated January 10, 2022, (a) Denying the Motion to Confirm Arbitration Award at Doc. 333, (b) Granting the Motion to Vacate Arbitration Award at Doc. 355, (c) Vacating the Arbitration Award, and (d) Ordering Defendants and Bryan E. Busch, their counsel, to show cause why default judgment should not be granted and attorneys' fees and costs be assessed.

This notice is filed pursuant to 9 U.S.C. §16 (a)(1) (D) and (E) and (a)(3).

Respectfully Submitted,

1

/s/ Bryan E. Busch
Bryan E. Busch, Esquire (*Pro Hac Vice*)
bb@buschmills.com
BUSCH, MILLS & SLOMKA, LLP
6400 Powers Ferry Road, N.W. Suite 391
Atlanta, Georgia 30339
(404) 800-4062 (Telephone)
Attorneys for All Defendants

/s/ Stephen D. Milbrath
Stephen D. Milbrath, Esquire
Florida Bar No.: 0239194
Accel IP Law, PLLC
1137 Edgewater Drive
Orlando, FL 32804
Office: (321) 417-7500
Direct/Cell: (407) 492-0259
smilbrath@acceliplaw.com
Secondary: smaisonave@acceliplaw.com
Attorney for The Absolute Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished on this 18th day of January, 2022 to all parties receiving electronic notice via CM/ECF, which will automatically send e-mail notification of such filing to the following attorneys of record:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC

150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

                                      */s/ Bryan E. Busch*
                                      Bryan E. Busch, Esquire (*Pro Hac Vice*)
                                      bb@buschmills.com