UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| V. ) | Civil Action No. 6:17-CV-2206-CEM-LHP |
| ) | |
| ABSOLUTE MEDICAL, LLC, GREG ) | |
| SOUFLERIS, DAVE HAWLEY, ) | |
| ABSOLUTE MEDICAL SYSTEMS, LLC, ) | |
| RYAN MILLER, and BRYAN E BUSCH, ) | |
| ) | |
| Defendants. ) | |

**NUVASIVE, INC.'S ACCOUNTING OF FEES AND COSTS ASSOCIATED WITH THE LITIGATION OF DEFENDANTS' SPOLIATION OF EMAIL DOMAINS AND ACCOUNTS**

Through its counsel of record, and pursuant to this Court's November 22, 2023, Default Order (Doc. 395), NuVasive files this Accounting of Fees and Costs Associated with the Litigation of Defendants' Spoliation of Email Domains and Accounts (the "Accounting") and states that:

1.  NuVasive incurred $177,311.37 in attorneys' fees and expenses related to litigating Defendants' spoliation of electronic email domains, electronic communications, and other materials (the "Spoliated Materials").

915016.1/020171439

2. $162,567.50 of the fees represent work performed by Gullett, Sanford, Robinson, & Martin ("GSRM") (Decl. C. Cardwell, attached as **Exhibit 1,** ¶¶ 2-14), and $ 6,140.00 of the fees are associated with work performed by the Bradley Arant law firm (Decl. R. Mayfield, Doc. 396-3, ¶ 9).

3. NuVasive incurred $8,603.87 in expenses relate to litigating the litigation of Defendants' spoliation of the email domains and accounts. (**Exhibit 1,** ¶¶ 17-19; Decl. R. Mayfield, Doc. 396-3, ¶ 13). Of those expenses, Bradley Arant incurred $1,197.50 in expenses, and GSRM incurred $7,406.37 in expenses. (**Id.**).

4. The work performed by the two law firms on this issue was necessary and proper. (**Exhibit 1,** ¶ 15; Decl. R. Mayfield, Doc. 396-3, ¶ 8).

5. The rates charged by NuVasive's lawyers and paralegals in this matter are reasonable when compared to rates charged by similarly situated lawyers and paralegals in this judicial district. (**Exhibit 1,** ¶ 16; Decl. R. Mayfield, Doc. 396-3, ¶ 11); *Creative Choice Homes XXX, LLC v. Amtax Holdings 690, LLC*, No. 8:19-cv-01903-TPB-AAS, 2023 U.S. Dist. LEXIS 62902, at *11 (M.D. Fla. Apr. 5, 2023) (recommending $510.00 per hour for partners with over fifteen years of experience, $400.00 per hour for partners with less than fifteen years of experience, $335.00 per hour for attorneys with over five years of experience, $250.00 per hour for attorneys with less than five years of experience, and $150.00 per hour for paralegals); *Centennial Bank v. Vazquez*, No. 6:20-cv-2237-ACC-EJK, 2021 U.S. Dist. LEXIS

198315, at *4 (M.D. Fla. Oct. 14, 2021) (finding $505 per hour for a partner and $345 per hour for an associate was reasonable).

6. Defendants went to great lengths to dispute the Original Motion, Supplemental Memorandum, and the Order issued by the Court on May 4, 2021 (Doc. 290), and objected to various subpoenas NuVasive issued in its attempt to obtain the spoliated emails. In addition, attempting to recover the lost evidence so that it could have the benefit of the emails and determine whether the evidence was in fact lost proved to be an arduous task. This is especially true in light of the fact that Defendants' document productions were often incomplete and required hours of review to determine and identify documents.

7. NuVasive is compelled to inform the Court that the fees and expenses described in this Accounting are duplicative of those requested in its Damages Memorandum (Doc. 396) as they are also relevant to NuVasive's enforcement of the obligations owed to it by Absolute Medical's Representative Affiliates as well as NuVasive's prosecution of its cause of action under Florida's Deceptive and Unfair Trade Practices Act.

Dated: December 6, 2023                Respectfully submitted,


                                       **/s/*Christopher W. Cardwell*** 
                                       R. Craig Mayfield (Fla. Bar No. 0429643)
                                       Cmayfield@bradley.com
                                       Diana N. Evans (Fla. Bar No. 98945)
                                       Dnevans@bradley.com
                                       Bradley Arant Boult Cummings LLP
                                       100 North Tampa Street, Suite 2200
                                       Tampa, Florida 33602
                                       Tel: (813) 559-5500
                                       Fax: (813) 229-5946

                                       Christopher W. Cardwell, Esq.
                                       ccardwell@gsrm.com
                                       Mary Taylor Gallagher, Esq.
                                       mtgallagher@gsrm.com
                                       M. Thomas McFarland, Esq.
                                       tmcfarland@gsrm.com
                                       GULLETT, SANFORD, ROBINSON &
                                       MARTIN, PLLC
                                       150 Third Avenue South, Suite 1700
                                       Nashville, TN 37201
                                       Tel: (615) 244-4994
                                       Fax: (615) 256-6339

                                       *Attorneys for NuVasive, Inc.*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.  The party or parties served are as follows:

Busch, Mills & Slomka, LLP

Bryan E. Busch
Email: bb@buschmills.com
3000 Heritage Walk, Suite 304
Milton, GA 30004

Christopher Y. Mills
Email: cm@buschmills.com
319 Clematis Street, Suite 109
West Palm Beach, FL 33401

*Attorneys for Defendants*

                                            */s/Christopher W. Cardwell*