UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., <br><br> Plaintiff, <br><br> VS <br><br> ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER, <br><br> Defendants. | Case No.: <br> 6:17-cv-2206-Orl-41GJK |

**OPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEFS**

Defendants Absolute Medical, LLC, Absolute Medical Systems, LLC, Greg Soufleris, Dave Hawley and Ryan Miller collectively ("Defendants") file this Motion for Leave to File Response Briefs in Opposition to Plaintiff's Damages Memorandum (ECF #396) and Accounting of Fees and Expenses for Spoilation. (ECF #397)[1]. The Court ordered Plaintiffs to file its Damages Memorandum and Fee Accounting Request by December 6, 2023 (ECF #395) but did not provide an opportunity or timetable for Defendants to file a response to the numerous legal

---

[1] Defense counsel Bryan Busch joins in this Motion and requests an opportunity to respond to ECF #397.

1

theories of damages, 1,000 plus pages of documents, affidavits, expert reports, and attorney invoices representing more than $19 million in damages.

Due to the voluminous documents contained in Plaintiff's Damages Memorandum, Defendants anticipate filing Response Briefs with a minimum of twenty (20) pages however, at this time, Defendants anticipate the Response Briefs page count may exceed that limit.

Defendants request a reasonable amount of time to analyze and respond to the voluminous documentation and complex theories of recovery contained therein.

## Local Rule 3.01 (g) Certification

The undersigned counsel for Defendants has conferred with counsel for Plaintiff regarding this motion.  Counsel for Plaintiff is opposed to the relief requested herein.

Respectfully,

/s/ Bryan E. Busch
Bryan E. Busch, Esquire (*Pro Hac Vice*)
bb@buschmills.com
BUSCH, MILLS & SLOMKA, LLP
3000 Heritage Walk, Suite 304
Milton, Georgia 30004
(404) 800-4062 (Telephone)
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

R. Craig Mayfield, Esquire
cmayfield@bradley.com
Diana N. Evans, Esquire
devans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
*Attorneys for NuVasive*

Christopher W. Cardwell, Esquire (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esquire (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland (*pro hac vice*)
tmcfarland@gsrm.com
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
*Attorneys for NuVasive*

                                            */s/ Bryan E. Busch*
                                            Bryan E. Busch, Esq. (*Pro Hac Vice*)
                                            bb@buschmills.com