UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUVASIVE, INC.

    Plaintiff,

VS

ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER

    Defendants.

Case No.:
6:17-cv-2206-Orl-41GJK

## DECLARATION OF DR. PAUL SAWIN

Under penalty of perjury and pursuant to 28 U.S.C. Section 1746, Declarant Paul Sawin, states as follows:

1. My name is Dr. Paul Sawin. I am over the age of 21 and am fully competent to give the testimony contained in this Declaration, all of which is from my personal knowledge.

2. I am a spine surgeon, board-certified by the American Board of Neurological Surgery and fellowship-trained in complex spinal surgery. I am a senior partner in Orlando Neurosurgery, P.A., operating primarily at Advent Health Hospital in Orlando, Florida.

1

3. A large portion of my neurosurgical practice consists of the surgical correction of spinal disorders.. Many of these procedures require that I select spinal implant products that are utilized during surgery. There are hundreds of spinal implant products and manufacturers available in the marketplace. Many of the products are similar but each product has unique qualities and characteristics aligning with specific patient needs.

4. In an effort to match the best product with the specific needs of each patient, I have never utilized a single product or manufacturer. Instead, I choose the spinal implant product that will best meet the needs of each patient. During a neurosurgical career that spans three decades, I have utilized dozens of different product types from dozens of manufacturers for spinal surgeries; I continue to utilize multiple different manufacturers through the present date.

5. In 2006, I began utilizing a line of spinal implant products manufactured by NuVasive, Inc. ("NuVasive"). I established relationships with key NuVasive executives including president Pat Miles, chairman and CEO Alex Lukianov and vice president of cervical and biologics Mark Ojeda. I also agreed to be part of the NuVasive design team for special projects. I began utilizing more NuVasive products in my spinal procedures

and NuVasive assigned a local distributor, Absolute Medical, LLC ("AM") to cover and provide support for my cases employing NuVasive products. Through my distributorship relationship with AM, I began working directly with its owner Greg Soufleris and one if its sales representatives, Dave Hawley. Despite my expanding relationship with NuVasive, I continued my practice of utilizing multiple product lines and continued to work with many other manufacturers, distributors and sales representatives.

6. By 2017, I became increasingly concerned about the direction of NuVasive as all of my key management contacts, including Pat Miles, Alex Lukianov and Mark Ojeda, had been forced out of the company. The new NuVasive senior management team led by CEO Greg Lucier, president Matt Link and director of cervical Brad Winn did not possess the same level of professionalism, competence, expertise and passion for spine surgery as their predecessors. The previous regime's ethos that "good spine surgery is good business" was gone. Rather than continuing the pursuit of creating innovative new products to optimize patient outcomes, the new management team was focused instead on maximizing corporate profits. As a result, I lost faith and confidence in NuVasive's management, direction and

leadership and began the process of researching new product lines and manufacturers.

7.     By October 2017, I informed, representatives of NuVasive's management at the North American Spine Society meeting in Orlando, Florida, including Brad Winn and Regis Haid, of my dissatisfaction with the senior leadership and that I intended to break ties with NuVasive and pursue opportunities with other companies. I also declined an invitation to participate on the NuVasive design team that would be redesigning the cervical portfolio.

8.     By November 2017, I had met with several other product manufacturers, reviewed new product lines, and selected new products to be considered in future surgeries, including products manufactured by Alphatec Spine, Inc. ("ATEC").

9.     During this same time period, I informed AM, Greg Soufleris and Dave Hawley that I would be transitioning away from NuVasive products for the majority of my procedures and suggested they consider representing other product lines if they wanted to continue providing coverage for my surgeries.

10. In December 2017, I was informed by Greg Soufleris and Dave Hawley that they were leaving NuVasive and would be distributing new product lines for ATEC, one of the companies I had decided earlier to begin utilizing through my independent research and connections with the new ATEC management.

11. In early 2018, I continued to use NuVasive products for select surgeries; Unfortunately, NuVasive provided a new sales representative for surgery coverage that was incompetent and unprofessional making use of NuVasive products for any procedure very difficult. Thereafter, Matt Link formally suspended my involvement with NuVasive and directly questioned my allegiance and decision-making process, first in a letter in mid-February 2018, and subsequently in person at the AANS meeting in April 2018, thus putting further strain on the business relationship. This led to a formal dissolution of my ties to Nuvasive. Despite the unprofessional actions of NuVasive's management, however, I continue to use NuVasive products to this day for select surgeries, when in the best interests of my patients.

12. It is insulting, unprofessional, and incomprehensible to suggest that any of the surgical implant device decisions I make for my patients are based on the sales representative providing case coverage for any manufacturer. The decision regarding which product to use for which

surgery is my decision alone and it is always based on the needs of each patient as demanded by the Hippocratic Oath.

13. Neither Dave Hawley, Greg Soufleris, nor any agent of AM had any influence or control over my decision to dissolve ties with NuVasive and move my business to competing manufacturers. This decision was mine and mine alone. NuVasive's new senior management, CEO Greg Lucier and president Matt Link in particular, are solely and completely responsible for my decision to transition away from its product lines.

Further this Declarant sayeth not.

I declare under penalty of perjury the foregoing is true and correct.

Date: 2/1/2020

PAUL D. SAWIN, M.D.