UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NUVASIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:17-cv-2206-CEM-LHP |
| | ) |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, RYAN MILLER, and BRYAN E. BUSCH, | ) |
| | ) |
| Defendants, | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS' DAVE HAWLEY AND RYAN MILLER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the agreement of the certain parties to this litigation, as evidenced by the signature of their counsel below, those parties stipulate that:

1. Plaintiff, NuVasive, Inc., and Defendants, Dave Hawley and Ryan Miller, compromised, resolved, and settled all claims amongst them pursuant to a Confidential Settlement Agreement.

2. Pursuant to that Confidential Settlement Agreement, NuVasive, in exchange for valuable consideration, agrees to:

   a. withdraw its request for attorneys' fees and costs associated with Defendants' spoliation of evidence; and

1

      b. dismiss its claims against Hawley and Miller contained in NuVasive's Second Amended Complaint (Doc. 188) with prejudice.

3. In addition to disposing of NuVasive's request to recover the attorneys' fees and costs it incurred due to the spoliation of evidence, this Stipulation disposes of the entirety of Count IV of the Second Amended Complaint.  Further, while NuVasive continues to seek recovery under all remaining Counts in the Second Amended Complaint – including Counts V and VIII – it dismisses Hawley and Miller from those Counts with prejudice.

4. This Stipulation has no application or effect as to NuVasive's claims against Defendants, Gregory Soufleris, Absolute Medical, LLC, or Absolute Medical Systems, LLC.

5. Each party to this Stipulation shall bear his or its own costs.

4893-4154-3638, v. 3

**SO STIPULATED AS OF AUGUST 8, 2024.**

Counsel for Plaintiff:

*/s/ Christopher W. Cardwell*
R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq.
ccardwell@gsrm.com
Mary Taylor Gallagher, Esq.
mtgallagher@gsrm.com
M. Thomas McFarland, Esq.
tmcfarland@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

*Attorneys for NuVasive, Inc.*

Counsel for Defendants:

*/s/ Bryan E. Busch (w/ permission CWC)*
Busch Mills & Slomka, LLP
3000 Heritage Walk, Suite 304
Milton, GA 30004
Tel: (404) 800-4062
bb@buschmills.com

Christopher Young Mills
Law Offices of Christopher Y. Mills
701 S. Olive Avenue, Suite 105
West Palm Beach, FL 33401
Tel: 561-408-0019
cmills@mills.legal

*Attorneys for Defendants.*

4893-4154-3638, v. 3

## CERTIFICATE OF SERVICE

  I hereby certify that on August 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

| | |
|---|---|
| Busch, Mills & Slomka, LLP | Law Offices of Christopher Y. Mills |
| Bryan E. Busch<br>3000 Heritage Walk, Suite 304<br>Milton, GA 30004<br>bb@buschmills.com | Christopher Young Mills<br>701 S. Olive Avenue, Suite 105<br>West Palm Beach, FL 33401<br>cmills@mills.legal |
| *Attorneys for Defendants* | *Attorneys for Defendants* |

Dellecker, Wilson, King, McKenna, Ruffier & Sos, LLP

Kenneth John McKenna
719 Vassar Street
Orlando, FL 32804-4920
kmckenna@dwklaw.com

*Attorneys for Greg Soufleris, Absolute Medical, LLC, and Absolute Medical Systems, LLC*

             */s/ Christopher W. Cardwell*
             Christopher W. Cardwell, Esq.

4893-4154-3638, v. 3