UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NUVASIVE, INC.,**

      **Plaintiff,**

v.                            Case No.  6:17-cv-2206-CEM-LHP

**ABSOLUTE MEDICAL, LLC, GREG SOUFLERIS, DAVE HAWLEY, ABSOLUTE MEDICAL SYSTEMS, LLC, RYAN MILLER, and BRYAN E BUSCH,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Stipulation of Dismissal with Prejudice as to Defendants Dave Hawley and Ryan Miller (Doc. 409). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to terminate Dave Hawley and Ryan Miller as Defendants and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record