**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| NUVASIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | 6:17-cv-2206-Orl-41GJK |
| | ) | |
| ABSOLUTE MEDICAL, LLC, ABSOLUTE MEDICAL SYSTEMS, LLC, GREG SOUFLERIS, DAVE HAWLEY, and RYAN MILLER, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Defendants, | ) | |

**NUVASIVE, INC.'S WITNESS LIST FOR OCTOBER 23, 2024 EVIDENTIARY HEARING**

Pursuant to the Court's September 23, 2024, Order Setting Evidentiary Hearing and Reply Briefing (Doc. No. 412), NuVasive states that it may call the following witnesses to testify at the October 23, 2024, evidentiary hearing:

1. Mark Singer;
2. Misty Decker;
3. Greg Soufleris;
4. Kate Corlew;
5. Any witness identified on Defendants' Witness List; and/or
6. Any witness required for purposes of rebuttal.

Respectfully submitted,

***/s/ Christopher W. Cardwell***

R. Craig Mayfield (Fla. Bar No. 0429643)
Cmayfield@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946

Christopher W. Cardwell, Esq. (*pro hac vice*)
ccardwell@gsrm.com
Mary Taylor Gallagher, Esq. (*pro hac vice*)
mtgallagher@gsrm.com
M. Thomas McFarland, Esq. (*pro hac vice*)
tmcfarland@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: (615) 244-4994
Fax: (615) 256-6339

*Attorneys for Plaintiff, NuVasive, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicating on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Busch, Mills & Slomka, LLP

Bryan E. Busch, Esq.
Email: bb@buschmills.com
3000 Heritage Walk, Suite 304
Milton, GA 30004

Dellecker, Wilson, King, McKenna, Ruffier & Sos, LLP

Kenneth John McKenna, Esq.
Email: kmckenna@dwklaw.com
719 Vassar Street
Orlando, FL 32804-4920

Law Offices of Christopher Y. Mills

Christopher Young Mills, Esq.
Email: cmills@mills.legal
701 S. Olive Avenue, Suite 105
West Palm Beach, FL 33401

*Counsel for Defendants*

***/s/ Christopher W. Cardwell***