# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 19, 2025

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 25-11225-TT
Case Style: Nuvasive, Inc. v. Greg Soufleris
District Court Docket No: 6:17-cv-02206-CEM-LHP

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 25-11225-TT

---

NUVASIVE, INC.,

Plaintiff - Counter Defendant - Appellee,

versus

ABSOLUTE MEDICAL, LLC,

Defendant - Counter Claimant,

GREG SOUFLERIS,

Defendant - Appellant,

ABSOLUTE MEDICAL SYSTEMS, LLC,
DAVE HAWLEY, et al.,

Defendants.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ORDER: Motion filed by Appellant Greg Soufleris is GRANTED by clerk [10529736-2].; ORDER: Motion to voluntarily dismiss appeal filed by Appellant Greg Soufleris is GRANTED by clerk [10521248-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date..

Effective August 19, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION